**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| OLD LW, LLC, | Case No. 23-[_____] ( ) |
| Debtor. | |
| In re | Chapter 7 |
| USN EXPORT LLC, | Case No. 23-[_____] ( ) |
| Debtor. | |
| In re | Chapter 7 |
| OLD LW SHIPPER, LLC, | Case No. 23-[_____] ( ) |
| Debtor. | |
| In re | Chapter 7 |
| OLD LW CHICAGO, LLC, | Case No. 23-[_____] ( ) |
| Debtor. | |
| In re | Chapter 7 |
| U.S. NONWOVENS, INC., | Case No. 23-[_____] ( ) |
| Debtor. | |

| | |
|---|---|
| In re<br><br>OLD LW INTERMEDIATE, LLC,<br><br>                      Debtor. | Chapter 7<br><br>Case No. 23-[_____] ( ) |

## GLOBAL NOTES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

On June 12, 2023, (the "Petition Date"), Old LW, LLC (the "Debtor") filed its voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"), thereby commencing the above-captioned chapter 7 case (the "Chapter 7 Case").

The Debtor has filed its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statement of Financial Affairs (the "Statement" and, collectively with the Schedules, the "Schedules and Statement") with the Court. The Debtor, with the assistance of its legal and financial advisors, prepared the Schedules and Statement in accordance with section 521 of the Bankruptcy Code, Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

These *Global Notes Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statement.  The Global Notes should be referred to and considered in connection with any review of the Schedules and Statement.[1]

The Schedules and Statement have been prepared by the Debtor with support from the Debtor's professionals.  In preparing the Schedules and Statement, the Debtor relied on financial data derived from its books and records.  The Debtor has made reasonable efforts to ensure that the Schedules and Statement are accurate and complete based on information known to it at the time of preparation after reasonable inquiries.  The Schedules and Statement are unaudited and subject to potential adjustment.

Robert Gorin ("Mr. Gorin"), Chief Restructuring Officer of the Debtor and a duly authorized representative in this Chapter 7 Case, has signed the Schedules and Statement.  Mr. Gorin is an authorized signatory for the Debtor.  In reviewing and signing the Schedules and Statement, Mr. Gorin has necessarily relied upon the efforts, statements, advice, and representations of the Debtor's management and the Debtor's advisors.  Mr. Gorin has not (and

---

[1] These Global Notes supplement and are in addition to any specific notes contained herein.

could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors.

## Debtor Affiliates and Financial Reporting

On June 12, 2023, certain of the Debtor's affiliated subsidiaries, including the above-captioned entities (collectively, and together with their non-debtor affiliates, the "Company"), also filed voluntary petitions for relief under chapter 7 of the Bankruptcy Code. Historically, the Company's books and records have been maintained on a consolidated basis. The Company, however, with the assistance of its advisors, has made a reasonable effort to separate the Company's transactions so that they can be reflected on an entity-by-entity basis and therefore included in the appropriate Schedules and Statement for the respective debtor entity.

## Global Notes and Overview of Methodology

1. **Reporting Date.** Except where otherwise noted, the information provided herein is presented as of December 31, 2022.

2. **Basis of Presentation.** The financial information disclosed herein is unaudited. The Schedules and Statement do not purport to represent financial statements prepared in accordance with generally accepted accounting principles ("GAAP"), federal or state securities laws or other applicable non-bankruptcy standards, principles, or law, nor are they intended to fully reconcile to the financial statements prepared by the Debtor. Information contained in the Schedules and Statement has been derived from the Debtor's books and records and historical financial statements.

3. **Reservations and Limitations.** Nothing contained in the Schedules and Statement or these Global Notes shall constitute a waiver of any of the Debtor's rights or an admission with respect to the Chapter 7 Case including, but not limited to, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of the Bankruptcy Code and/or causes of action arising under the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

## General Disclosures Applicable to Schedules and Statement

1. **Causes of Action.** Despite reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action as assets in its Schedules and Statement, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.

2. **Recharacterization.** Notwithstanding the Debtor's reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statement, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or

3

omitted certain items due to the complexity and size of the Debtor's business.

3. **Claim Designations.** Schedules D, E, and F permit the Debtor to designate a claim as "contingent," "unliquidated," and/or "disputed." The Debtor reserves all of its rights to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules or Statement on any grounds. Moreover, the Debtor reserves all of its rights to amend its Schedules and Statement to subsequently designate any claims as "contingent," "unliquidated," and/or "disputed."

4. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtor may be scheduled as "unliquidated."

5. **Undetermined Amounts.** The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

6. **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of the Debtor's limited resources to obtain current market valuations of all its assets. For these reasons, where applicable, the Debtor has indicated in the Schedules and Statement that the values of certain assets and liabilities are undetermined or unknown.

7. **Current Values.** Unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values as of December 31, 2022. Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets and may differ materially from the actual value and/or performance of the underlying assets.

   The amounts represented in the Schedules and Statement are totals of all known amounts. When necessary, the Debtor has indicated that the value of certain assets is "unknown." To the extent that any assets have been identified as having an "unknown" value, the actual total may be different from the total listed in the Schedules and Statement.

8. **Duplication.** Certain of the Debtor's assets, liabilities, and payments may properly be disclosed in response to multiple parts of the Schedules and Statement. To the extent these disclosures would be duplicative, the Debtor has determined to only list such assets, liabilities, and payments once.

9. **Executory Contracts.** The Debtor reserves all of its rights, claims, and causes of action with respect to the named parties of any and all executory contracts, including the right to amend and/or supplement Schedule G.

10. **Classifications.** Listing (i) a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," or (c) Schedule E/F as "unsecured" or (ii) a contract or lease on Schedule G as "executory" or "unexpired," does not constitute a waiver of the Debtor's rights to re-characterize or reclassify such claims or contracts or to setoff such claims, as appropriate.

RLF1 28574087v.2

11. **Fiscal Year.** The Debtor's fiscal year ends on December 31.

12. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

13. **Insiders.** For purposes of the Schedules and Statement, the Debtor defined "insiders" in accordance with section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor; (d) relatives of the Debtor's directors, officers, or persons in control of the Debtor; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and including them in the Schedules and Statement shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (i) any insider's influence over the control of the Debtor; (ii) the management responsibilities or functions of any such insider; (iii) the decision making or corporate authority of any such insider; or (iv) whether the Debtor or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

For the avoidance of doubt, the Debtor has listed "SJC DLF III, LLC, as Agent" as an insider of the Debtor for purposes of the Schedules and Statement out of an abundance of caution. Notwithstanding the Debtor listing SJC DLF III, LLC as an insider of the Debtor, the Debtor does not concede that SJC DLF III, LLC is an insider of the Debtor and the Debtor reserves all rights to dispute the insider status of SJC DLF III, LLC.

14. **Transactional Background.**

**2019 Secured Financing**. On August 16, 2019, Radienz Living, LLC (n/k/a Old LW, LLC[2]), New RL Intermediate, LLC (n/k/a Old LW Intermediate, LLC), USN Export LLC, USN Servicios, S.A.,[3] USN Mexico S. de R.L., Radienz Living Freightways, LLC (n/k/a Old LW Shipper, LLC), Radienz Living Chicago, LLC (n/k/a Old LW Chicago, LLC), and U.S. Nonwovens, Inc. (collectively for purposes of the transaction, the "Loan Parties") entered into that certain Financing Agreement (as amended, restated, supplemented or otherwise modified from time to time, the "Financing Agreement"), by and among the Loan Parties, the lenders from time to time party thereto (each a "Lender" and, collectively, the "Lenders"), SJC DLF IIIQ, LLC ("SJC"), as collateral agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, the "Collateral Agent"), and SJC, as administrative agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, the "Administrative Agent" and together with the Collateral Agent, each an "Agent" and, collectively, the "Agents"). Pursuant to the Financing Agreement, the Loan Parties were jointly and severally liable for the amount of the secured financing they received, which eventually exceeded $287,500,000.

---

[2] Old LW, LLC is referred to hereinafter as "Old LW."

[3] For the avoidance of doubt, USN Servicios, S.A. and USN Mexico S. de R.L. are not debtor entities.

Beginning in or about September 2021, events of default occurred and were continuing under the terms of the Financing Agreement, and the parties engaged in good faith negotiations with respect to a series of forbearance agreements and amendments to the Financing Agreement in order to afford the parties the opportunity to prepare and implement a financial and operational restructuring. In conjunction therewith, the parties entered into that certain Agreement Among Lenders, dated April 20, 2022, pursuant to which, among other things, the Loan Parties' prior sponsors (the "Sponsors") agreed, under certain circumstances, to transfer their equity interests in Old LW to the Agent or its designee, for the benefit of the Lenders (the "Agreement Among Lenders"). The intention of the Agreement Among Lenders was to allow the Agent and Lenders to effectuate a transfer of the ownership of the Loan Parties from the Sponsors to the Collateral Agent or its designee consistent with the rights the Agents and Lenders would otherwise have been entitled to exercise under the Loan Documents, the Uniform Commercial Code and other applicable law upon the occurrence and during the continuance of an Event of Default. The Agents, the Lenders, the Sponsors and the Loan Parties agreed to proceed in this manner to avoid the time, expense and adverse consequences to Loan Parties' businesses, operations, employees and customers that would likely have resulted from the filing of an insolvency proceeding.

**2022 Merger Agreement**.[4] The Sponsors and the Loan Parties were unable to prepare and implement a financial and operational restructuring of the Loan Parties. On July, 11, 2022, the Agents notified Old LW that an event of default occurred under the Financing Agreement. As a result, the Sponsors, the Agents and the Lenders agreed that, consistent with the terms of the Agreement Among Lenders and the Financing Agreement, it would be in the best interests of the Loan Parties, their creditors and other parties in interest (including employees, customers and vendors) for the Sponsors to facilitate an orderly and consensual transfer of the ownership of the Loan Parties to an entity designated by the Agent and Lenders. To that end, an acquisition structure was created to facilitate the transfer in ownership of the Loan Parties, which structure included the creation of Old LW Intermediate, LLC and its wholly-owned subsidiary, RL Merger Sub, LLC ("RL Merger Sub"). In addition, New SPS Parent, LLC ("New SPS Parent"), New SPS, LLC ("New SPS"), New SPS Pod, LLC ("New SPS Pod") and New SPS Crossfolds, LLC ("New SPS Crossfolds") were formed to accept the transfer of the assets and the assumption of liabilities associated with the unit dose and crossfolds businesses.

The transfer of ownership of the Loan Parties was effectuated pursuant to that certain Agreement and Plan of Merger, dated as of August 12, 2022, by and among RL Merger Sub, New RL Intermediate, LLC (the "Parent"), Old LW, and USN Intermediate Holdings, LLC (the "Merger Agreement"). On August 12, 2022, the transactions contemplated by the Merger Agreement were consummated. Pursuant to the terms of

---

[4] Capitalized terms used in this paragraph but not otherwise defined herein shall have the meanings ascribed to such terms in the Merger Agreement.

RLF1 28574087v.2

the Merger Agreement, upon consummation of the Merger, at the Effective Time and immediately following the SPS Participation Transfer, (a) RL Merger Sub was merged with and into Old LW, the separate limited liability company existence of RL Merger Sub ceased, Old LW continued as a wholly owned subsidiary of the Parent, and the Parent was admitted as the sole member of Old LW and (b) Old LW succeeded to all the property, assets, rights, privileges, powers and franchises and became subject to all the debts, liabilities, restrictions, disabilities and duties of RL Merger Sub.  Pursuant to the terms of the Merger Agreement, immediately prior to the Effective Time, beneficial ownership of the SPS Assets (i.e., assets, properties, and rights of the Loan Parties that are primarily used in connection with their unit dose and crossfolds businesses) was transferred to New SPS, and New SPS assumed the SPS Liabilities (such transfer and assumption, the "SPS Participation Transfer") with the intention for legal title to the SPS Assets and legal responsibility for the SPS Liabilities to be transferred to New SPS as soon as reasonably practicable after the consummation of the Merger.  In connection with the Merger Agreement and as partial consideration for the SPS Participation Transfer, New SPS executed and delivered (and agreed to cause all of its then existing and future direct and indirect subsidiaries to execute and deliver) a guarantee of all Obligations under the Financing Agreement.  The Effective Time of the Merger occurred on August 12, 2022 at 5:15 p.m. (eastern daylight time).

**2023 New SPS Assignment Transaction.**[5]  On January 1, 2023, (a) Old LW Intermediate, LLC, (b) Old LW and each of its direct and indirect subsidiaries (with Old LW Intermediate, the "Assignors"), (c) New SPS (collectively with Assignors, the "Parties"), and (d) SJC, in its capacity as Administrative Agent and Collateral Agent for the Lenders, entered into that certain Assignment and Assumption Agreement (the "New SPS Assumption and Assignment Agreement").  Pursuant to the New SPS Assumption and Assignment Agreement, the Parties desired to, among other things, (i) assign legal title to the SPS Assets and legal liability for the attendant liabilities to New SPS and its designees and to evidence New SPS' and its designees' assumption of legal title to the SPS Assets and legal liability for the attendant SPS liabilities, (ii) effectuate the assignment of certain other assets of the Assignors which constitute the Collateral (as defined in the Financing Agreement) of the Lenders to New SPS and its designees, (iii) provide for the assumption of additional liabilities of the Assignors by New SPS, and (iv) provide the Assignors with relief from certain obligations under the Financing Agreement due and owing to the Lenders.

In connection with the New SPS Assignment Transaction, New SPS, the Assignors (in their capacity as Loan Parties under the Financing Agreement), SJC, as Administrative Agent, Collateral agent, and the Lenders entered into that certain *Omnibus Amendment No. 9 to Financing Agreement and Loan Documents and Waiver* ("Amendment No. 9"), dated as of January 1, 2023, whereby New SPS Parent assumed Old LW's loan obligation of at least $287,500,000 under the Financing Agreement.  Additionally, under Amendment No. 9, the Assignor's guarantee of obligations under the Financing

---

[5] The transaction described in this paragraph is hereinafter referred to as the "New SPS Assignment Transaction."

Agreement was capped at $75,000,000 in the aggregate, thereby relieving the Assignors of at least $212,500,000 in loan obligations. As a result, New SPS Parent is now the "Borrower" under the Financing Agreement and liable for the $287,500,000 loan,[6] whereas the Assignors' obligations under the Financing Agreement were reduced to "Guarantors" with only the obligation of a $75,000,000 guarantee under the Financing Agreement.

## 15. Additional Transactions.

**Awesome Products Transaction.** On September 13, 2022, Old LW and Awesome Products, Inc. ("Awesome Products") entered into that certain asset purchase agreement, pursuant to which Old LW agreed to sell to Awesome Products assets relating to its liquids business, including, but not limited to, certain leased properties, inventory, fixtures, furniture and equipment, and intellectual property rights.

**Guy & O'Neill Transaction.** On October 31, 2022, Old LW and Guy & O'Neill, Inc. ("G&O") entered into that certain asset purchase agreement (the "G&O APA"), pursuant to which Old LW agreed to sell to G&O assets relating to its wipes business, including, but not limited to, equipment, inventory, and intellectual property rights.

### <u>Specific Schedules Disclosures</u>

## 1.    Specific Notes Regarding Schedule D

While reasonable efforts have been made to ensure the accuracy of Schedule D, inadvertent errors or omissions may have occurred. Accordingly, the Debtor reserves all of its rights to amend or supplement such Schedule as necessary.

The Debtor reserves its rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

---

[6] New SPS, New SPS Pod and New SPS Crossfolds are also obligors under the Financing Agreement and continue to remain obligated to repay the total amount of the loans that are outstanding.

2.       **Specific Notes Regarding Schedule E/F**

While reasonable efforts have been made to ensure the accuracy of Schedule E/F, inadvertent errors or omissions may have occurred. Accordingly, the Debtor reserves all of its rights to amend or supplement such Schedule as necessary.

The listing of any claims on Schedule E/F does not constitute an admission by the Debtor that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtor reserves all of its rights to dispute the amount and/or the priority status of any claim on any basis at any time. In an effort to identify, and resolve all tax or regulatory claims, the Debtor has listed all known historical tax and regulatory agencies to the best of its ability.

The claims listed in Schedule E/F allegedly arose or were allegedly incurred on various dates. In certain instances, ascertaining the date on which a claim arose is an open question of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a specific date for each claim listed on Schedule E/F.

Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

3.       **Specific Notes Regarding Schedule G**

While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor hereby reserves all of its rights to (i) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (ii) amend or supplement such Schedule as necessary. Furthermore, the Debtor reserves all of its rights, claims and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument.

The presence or absence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The Debtor has included certain contracts and leases on Schedule G because the Debtor is the counterparty to such contract or lease; however, payments on account of obligations under any such contract or lease are made by debtor U.S. Nonwovens, Inc. in accordance with the Company's bookkeeping policy and

reflected as such in the Company's books and records.  Accordingly, potential claims or liabilities resulting from any contract or lease on the Debtor's Schedule G are listed on U.S. Nonwovens, Inc.'s Schedule E/F.

## Specific Statement Disclosures

### Part 2, Question 3 - Certain Payments or Transfers to Creditors Within 90 Days Before Filing This Case

Payments made to insiders within 90 days preceding the Chapter 7 Case were not included in Question 3 as they are reflected in Question 4.

### Part 6, Question 11 – Payments or Transfers Related to Bankruptcy

On August 8, 2022, Richards, Layton & Finger, P.A. ("RLF") was retained to serve as counsel to New RL Holdings, LLC and its direct and indirect subsidiaries (collectively, the "RL Entities") in rendering legal advice in connection with the proposed restructuring of Old LW and certain of its subsidiaries.  In such capacity, RLF has provided legal support to the RL Entities relating to transactional, labor law, real estate, litigation support, restructuring and various other legal issues.  RLF has been compensated on an hourly basis with all payments being made pursuant to advance retainers and replenishments thereof, with (i) all retainer payments made prior to January 1, 2023 having been paid by Old LW and (ii) all retainer payments made on or after January 1, 2023 having been paid by New SPS (a non-debtor entity).  While the Debtor does not believe that payments made by New SPS are responsive to the information requested in Part 6/Question 11 of the Statement of Financial Affairs, in an abundance of caution the Debtor hereby discloses that the estimated amount of fees paid to RLF (from Old LW and New SPS) relating solely to bankruptcy preparation is $252,678.00.

On November 1, 2022, Getzler Henrich & Associates LLC ("GH") was retained to serve as Chief Restructuring Officer to the RL Entities in rendering restructuring advice in connection with the proposed restructuring of Old LW and certain of its subsidiaries.  GH has been compensated on an hourly basis with all payments first being made pursuant to an advance retainer and subsequent payments payable upon invoice.  Payments made to GH prior to January 1, 2023 were paid by Old LW and payments made on or after January 1, 2023 were paid by New SPS (a non-debtor entity).  Additionally, as part of GH's retention, GH reimburses Hilco Performance Solutions ("HPS") for services provided in support of GH's duties, and such services performed by HPS on behalf of GH are reimbursed by GH in the ordinary course of business.

While the Debtor does not believe that payments made by New SPS to GH are responsive to the information requested in Part 6/Question 11 of the Statement

of Financial Affairs, in an abundance of caution the Debtor hereby discloses that the estimated amount of fees paid to GH (from Old LW and New SPS) relating solely to bankruptcy preparation is $398,020.25.

**Part 6, Question 13 – Transfers Not Already Listed**

Pursuant to the New SPS Assumption and Assignment Agreement, certain assets, including the Assignors' accounts receivable (the "Accounts Receivable"), were transferred to New SPS upon the Effective Date (as defined in the New SPS Assumption and Assignment Agreement) as consideration under the New SPS Assignment Transaction. After the effective date of the New SPS Assignment Transaction, certain customers and vendors of the Debtor inadvertently made payments into the Debtor's accounts that should have been made into New SPS's accounts. Such inadvertent payments improperly made to the Debtor on account of the Accounts Receivable are estimated to be in the amount of $26.4 million in the aggregate and have been returned to New SPS, and are not property of the Debtor. Accordingly, such transfers are not reflected in the Part 6/Question 13 of the Statement.

**Part 9, Question 17 – Employees Participating in any ERISA, 401(k), 403(b), or Other Pension or Profit-Sharing Plan**

Within 6 years before filing this Chapter 7 Case, the Debtor provided employees the right to participate in a 401(k) plan (the "401(k) Plan"). The 401(k) Plan has not been terminated, but has been transferred to New SPS as part of the New SPS Assignment Transaction. As of the filing of this Chapter 7 Case, the Debtor is still in the process of transitioning the 401(k) Plan to New SPS for the benefit of employees that have transitioned to New SPS. Accordingly, the Debtor does not have an interest in the 401(k) Plan.

**Part 13, Question 30 - Payments, Distributions, or Withdrawals Credited to an Insider within 1 Year Preceding Commencement of this Case**

Please refer to the information presented in Question 4.

RLF1 28574087v.2

**Fill in this information to identify the case:**

Debtor name _____Old LW, LLC_____

United States Bankruptcy Court for the:_____ District of __DE__
                                                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**  $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | HSBC Bank USA | DISC | 4  0  0  7 | $ 2,500.00 |
| 3.2. | | | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

4.1. _____  $_____
4.2. _____  $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    **$ 2,500.00**

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

7.1. _____  $_____
7.2. _____  $_____

| Debtor | Old LW, LLC | Case number (if known) |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
face amount      doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

## Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                        % of ownership:

15.1. USN Export LLC                    100  %    _____    $ 0

15.2. Old LW Shipper, LLC               100  %    _____    $ 0

See Rider

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $ 0

| Debtor | Old LW, LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Old LW Chicago, LLC
_____
Name

Case number *(if known)*_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>_____ | $_____ | _____ | $_____ |
| 40. **Office fixtures**<br>_____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>_____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Old LW, LLC
          _____    Case number (if known)_____
          Name

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☒ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49. **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

    Add lines 47 through 50. Copy the total to line 87.

    $_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

---

Debtor    Old LW, LLC
_____    Case number (if known)_____
Name

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____    ____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____    _ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| _____ |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $_____ |
|---|

| Debtor | Old LW, LLC | Case number (if known) |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____ — _____ = ➜

Total face amount    doubtful or uncollectible amount    $_____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Old LW, LLC
_____          Case number (if known)_____
          Name

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $2,500.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0 | |
| 83. **Investments.** Copy line 17, Part 4. | $0 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0 | |
| 88. **Real property.** Copy line 56, Part 9. . .................................................................➔ | | $ Unknown |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 2,500.00 | + $0  91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................   $ 2,500.00

| | Rider to Schedule AB Part 4, Question 15 - Interests | | | |
|---|---|---|---|---|
| | Name of Entity | % of Ownership | Valuation Method | Current Value of Debtor's Interest |
| 15.3 | U.S. Nonwovens, Inc. | 100 | | Unknown |
| 15.4 | Old LW Chicago, LLC | 100 | | Unknown |
| 15.5 | USN Mexico S. de R.L. de C.V. | 99.97 | | Unknown |

**Fill in this information to identify the case:**

Debtor name __Old LW, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**
SJC DLF III, LLC, as Agent

**Creditor's mailing address**
1700 E Putnam Ave UNIT 207
Old Greenwich, CT 06870

**Creditor's email address, if known**
sczech@czechamlp.com

**Date debt was incurred** August 16, 2019

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**Describe debtor's property that is subject to a lien**
All debtor's assets
_____
_____

**Describe the lien**
First Priority Security Interest under Term and Revolving Loans

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 75,000,000         $ Unknown

**2.2**

**Creditor's name**
_____

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**
_____
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____         $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 75,000,000

**Fill in this information to identify the case:**

Debtor    Old LW, LLC

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number _____
(If known)

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account**<br><br>_____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.2** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account**<br><br>_____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** | Priority creditor's name and mailing address<br><br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account**<br><br>_____<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

### 3.1
**Nonpriority creditor's name and mailing address**

Advantage Sales and Marketing

POB 744347
Atlanta, GA 30374-4347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 36,681.50

Date or dates debt was incurred   12/31/2019 - 10/31/2022
Last 4 digits of account number   2  4  0  0

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.2
**Nonpriority creditor's name and mailing address**

Aerosol Danville Inc Dba Voyant Beauty

6710 River Rd.

Hodgkins, IL 605825-4310

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 19,800.78

Date or dates debt was incurred   7/19/2021
Last 4 digits of account number   1  5  1  7

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.3
**Nonpriority creditor's name and mailing address**

Altafiber (Act # 000 Aka 453)

POB 748003

Cincinnati, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 108.55

Date or dates debt was incurred   12/10/2022
Last 4 digits of account number   0  1  5  1

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.4
**Nonpriority creditor's name and mailing address**

Altafiber (Act # 571)

POB 748003

Cincinnati, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 639.82

Date or dates debt was incurred   12/10/2022
Last 4 digits of account number   0  2  2  5

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.5
**Nonpriority creditor's name and mailing address**

Altafiber (Act #153)

POB 748003

Cincinnati, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 0.03

Date or dates debt was incurred   2/1/2022
Last 4 digits of account number   0  1  1  6

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.6
**Nonpriority creditor's name and mailing address**

Altium Packaging LP

POB 417732

Boston, MA 02241-7732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 440,978.16

Date or dates debt was incurred   9/27/2022
Last 4 digits of account number   1  5  4  7

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Old LW, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Anhui Technology Import and Export Co LTD

459 West Changjiang Rd

Hefei, An Hui Province, China

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    8/26/2022

Last 4 digits of account number    0  0  4  2

Is the claim subject to offset?
☐ No
☐ Yes

$ 104,360.76

---

**3.8** Nonpriority creditor's name and mailing address

Arrive Logistics

4407 Monterey Oaks Blvd

Austin, TX 78749

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    9/30/2022-12/19/2022

Last 4 digits of account number    3  5  0  7

Is the claim subject to offset?
☑ No
☐ Yes

$ 209,245.25

---

**3.9** Nonpriority creditor's name and mailing address

Berberian & Associates Inc

POB 729

North Andover, MA 01845

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    10/31/2022-11/30/2022

Last 4 digits of account number    6  7  5  7

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,894.36

---

**3.10** Nonpriority creditor's name and mailing address

Bortek Industries Inc

4713 Gettysburg Rd

Mechanicsburg, PA 17055-432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    12/1/2022

Last 4 digits of account number    7  1  1  7

Is the claim subject to offset?
☑ No
☐ Yes

$ 905.24

---

**3.11** Nonpriority creditor's name and mailing address

CFS Inc Dba Comfreight Haulpay

65 Pine Ave Suite 853

Long Beach, CA 90802

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    10/27/2022

Last 4 digits of account number    7  5  5  6

Is the claim subject to offset?
☑ No
☐ Yes

$ 34,367.93

---

Debtor   Old LW, LLC
         _____
         Name                                              Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12** Nonpriority creditor's name and mailing address

Chemia Corporation

11558 Rock Island Court
St. Louis, MO 63043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred      10/24/2022
Last 4 digits of account number      6  0  8  6

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,522.00

---

**3.13** Nonpriority creditor's name and mailing address

Chempoint.com Inc

13727 Collections Center Dr
Chicago, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred      6/30/2022
Last 4 digits of account number      0  7  2  4

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,423.42

---

**3.14** Nonpriority creditor's name and mailing address

CKS Packaging Inc

350 Great Southwest Pkwy SW
Atlanta, GA 30336

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred      9/12/2022-10/11/2022
Last 4 digits of account number      0  7  3  0

Is the claim subject to offset?
☑ No
☐ Yes

$ (38,522.60)

---

**3.15** Nonpriority creditor's name and mailing address

Clear Solutions USA LLC

47 N Ski Court
Gilbert, AZ 85233

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred      9/1/2022
Last 4 digits of account number      0  7  3  1

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,317.50

---

**3.16** Nonpriority creditor's name and mailing address

Comar

220 Laurel Rd
Voorhees, NJ 08043

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred      3/25/2020-1/12/2022
Last 4 digits of account number      0  6  0  4

Is the claim subject to offset?
☑ No
☐ Yes

$ 20,277.05

---

Debtor    Old LW, LLC
          Name

Case number (*if known*)_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17** Nonpriority creditor's name and mailing address
Daymon Worldwide Inc

POB 744820
Atlanta, GA 30374-4820

Date or dates debt was incurred    10/31/2022-11/30/2022
Last 4 digits of account number    0  1  3  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,203.33

---

**3.18** Nonpriority creditor's name and mailing address
Delpack Development LTD

1105, Sunshine Intl Building, 55 Yuli Rd
Yuyao, Zhejiang Province, China

Date or dates debt was incurred    7/29/2022
Last 4 digits of account number    6  1  3  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 33,133

---

**3.19** Nonpriority creditor's name and mailing address
Duke Energy ( Act # 04-3)

POB 1327
Charlotte, NC 28201

Date or dates debt was incurred    12/1/2022
Last 4 digits of account number    0  2  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,704.70

---

**3.20** Nonpriority creditor's name and mailing address
Duke Energy (Act # 22-9)

POB 1327
Charlotte, NC 28201

Date or dates debt was incurred    12/1/2022
Last 4 digits of account number    0  2  2  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,008.88

---

**3.21** Nonpriority creditor's name and mailing address
Duke Energy (Act #25-5)

POB 1327
Charlotte, NC 28201

Date or dates debt was incurred    9/30/2022-12/1/2022
Last 4 digits of account number    0  2  1  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ (1,478.42)

---

Debtor   Old LW, LLC
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address
Elsner Engineering Works Inc

475 Fame Ave

Hanover, PA 17331

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 45,438.43

Date or dates debt was incurred    5/18/2021-10/18/2022
Last 4 digits of account number    0   1   5   4

Is the claim subject to offset?
☑ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address
Equipment Technology Inc

410 Cemetery St

Peckville, PA 18452-2206

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 1,092.00

Date or dates debt was incurred    10/31/2022
Last 4 digits of account number    6   8   5   9

Is the claim subject to offset?
☑ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address
Evergreen Shipping Agency (America) Corp

1 Evertrust Plaza
Jersey City, NJ 07302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 6,129.00

Date or dates debt was incurred    3/7/2022
Last 4 digits of account number    7   8   7   1

Is the claim subject to offset?
☑ No
☐ Yes

**3.25** Nonpriority creditor's name and mailing address
Fastenal Company

POB 1286

Winona, MN 55987-1286

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 40,840.06

Date or dates debt was incurred    9/23/2020-11/4/2022
Last 4 digits of account number    0   1   6   4

Is the claim subject to offset?
☑ No
☐ Yes

**3.26** Nonpriority creditor's name and mailing address
Flock Freight Inc Dba Auptix Inc

701 S Coast Hwy 101
Encinitas, CA 92024

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$132,074.47

Date or dates debt was incurred    10/13/2022
Last 4 digits of account number    4   8   7   3

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Old LW, LLC
          Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.27** Nonpriority creditor's name and mailing address

Fort Dearborn Company

POB 74008096

Chicago, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    9/28/2022-11/4/2022
Last 4 digits of account number    2  5  5  9

Is the claim subject to offset?
☑ No
☐ Yes

$ 61,911.43

---

**3.28** Nonpriority creditor's name and mailing address

Georgia Department of Agriculture

19 M.L.K Jr Dr SW

Atlanta, GA 30334

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Government Contract

Date or dates debt was incurred    10/21/2021
Last 4 digits of account number    0  1  8  5

Is the claim subject to offset?
☐ No
☐ Yes

$ 6,800

---

**3.29** Nonpriority creditor's name and mailing address

Hangzhou Shijia Cleaning Products Co LTD

No. 170 Qingxian Rd Linglon G Str

Lin An City, Zhejiang, China

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    11/13/2020-7/26/202
Last 4 digits of account number    0  2  9  0

Is the claim subject to offset?
☑ No
☐ Yes

$ 48,906.94

---

**3.30** Nonpriority creditor's name and mailing address

J & A Marketing LLC

200 Compass Circle

North Kingstown, RI 02852

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    10/31/2022-11/30/2022
Last 4 digits of account number    6  2  9  4

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,809.62

---

**3.31** Nonpriority creditor's name and mailing address

J.P. Mascaro & Sons

POB 7250

Audubon, PA 19407-7250

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    12/12/2022-12/15/2022
Last 4 digits of account number    7  2  1  4

Is the claim subject to offset?
☑ No
☐ Yes

$ 3688.18

---

Debtor   Old LW, LLC
Name _____

Case number *(if known)* _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.32** Nonpriority creditor's name and mailing address
Kinneberg Management Group

800 Nicollet Mall Ste 2520
Minneapolis, MN 55402-2034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 969.33

Date or dates debt was incurred   10/31/2022-11/30/2022
Last 4 digits of account number   6 9 4 6

Is the claim subject to offset?
☑ No
☐ Yes

**3.33** Nonpriority creditor's name and mailing address
KKJ Inc Dba Jan- Pro of Nepa

94 Boston Hill Rd
Larksville, PA 18651

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 6,138.86

Date or dates debt was incurred   12/1/2022
Last 4 digits of account number   7 0 0 2

Is the claim subject to offset?
☑ No
☐ Yes

**3.34** Nonpriority creditor's name and mailing address
Krones Inc

29065 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 9,939.20

Date or dates debt was incurred   11/2/2022
Last 4 digits of account number   6 3 4 7

Is the claim subject to offset?
☑ No
☐ Yes

**3.35** Nonpriority creditor's name and mailing address
Landis Transportation

POB 14807
Reading, PA 19612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 6,225.00

Date or dates debt was incurred   9/9/2021-10/28/2022
Last 4 digits of account number   3 1 5 5

Is the claim subject to offset?
☑ No
☐ Yes

**3.36** Nonpriority creditor's name and mailing address
Maryland Department of Agriculture

50 Harry S. Truman Pkwy
Annapolis, MD 21401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 1,430.00

Date or dates debt was incurred   10/21/2022
Last 4 digits of account number   0 3 1 8

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    Old LW, LLC
     Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** | **Nonpriority creditor's name and mailing address**

Mason Dixon Intermodal Inc

12755 E Mile Rd

Warren, MI 48089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

$ 50,445.50

Date or dates debt was incurred    8/5/2022-10/4/2022

Last 4 digits of account number    7  6  7  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address**

Mericle Construction Inc

100 Baltimore Drive

Wilkes-Barre, PA 18702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 2,785.00

Date or dates debt was incurred    3/25/2022

Last 4 digits of account number    7  9  3  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address**

Morning Star Sales LLC Ronald J Yutr

10485 NE 6th Street

Bellevue, WA 98004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 7,781.67

Date or dates debt was incurred    11/30/2022

Last 4 digits of account number    7  1  4  4

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address**

NAL Company Inc

112 Mill Street

Mt. Orab, OH 45154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 10,421.77

Date or dates debt was incurred    3/28/2022-8/26/2022

Last 4 digits of account number    8  9  4  2

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address**

Nebraska Department of Agriculture

301 Centennial Mall S

Lincoln, NE 68516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 8,320.00

Date or dates debt was incurred    10/21/2021

Last 4 digits of account number    0  3  5  3

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Old LW, LLC
          Name _____    Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.42** Nonpriority creditor's name and mailing address
NFI Logistics LLC

POB 417736

Boston, MA 02241

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    3/2/2022
Last 4 digits of account number    2 6 9 4

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,635.13

**3.43** Nonpriority creditor's name and mailing address
NKY Water District ( Act # 1334)

POB 18840

Erlanger, KY 41018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    12/15/2022
Last 4 digits of account number    0 2 1 1

Is the claim subject to offset?
☒ No
☐ Yes

$ 146.78

**3.44** Nonpriority creditor's name and mailing address
NKY Water District ( Act # 5649)

POB 18840

Erlanger, KY 41018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    12/15/2022
Last 4 digits of account number    0 2 1 0

Is the claim subject to offset?
☒ No
☐ Yes

$ 394.74

**3.45** Nonpriority creditor's name and mailing address
NKY Water District ( Act # 2724)

POB 18840

Erlanger, KY 41018

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    12/15/2022
Last 4 digits of account number    0 2 0 9

Is the claim subject to offset?
☒ No
☐ Yes

$ 885.92

**3.46** Nonpriority creditor's name and mailing address
North Dakota Department of Agriculture

600 E Boulevard Ave

Bismarck, ND 58505

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    10/21/2021
Last 4 digits of account number    0 3 6 4

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,250

Debtor  Old LW, LLC
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.47** Nonpriority creditor's name and mailing address

Pioneer Packaging

31 Wilson Dr

Sparta, NJ 07871

Date or dates debt was incurred  3/10/2020-10/21/2022

Last 4 digits of account number  6 4 7 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ (19,949.78)

---

**3.48** Nonpriority creditor's name and mailing address

Priceweber Marketing Communications Inc

10701 Shelbyville Rd
Louisville, KY 40243

Date or dates debt was incurred  11/18/2022

Last 4 digits of account number  7 7 0 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,224.00

---

**3.49** Nonpriority creditor's name and mailing address

PSS Distribution Services

POB 329
Dayton, NJ 08810-0329

Date or dates debt was incurred  6/28/2022

Last 4 digits of account number  3 9 5 4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 21,414.23

---

**3.50** Nonpriority creditor's name and mailing address

Redwood Multimodal/ Transportation Solutions

29858 Network Place
Chicago, IL 60673-1298

Date or dates debt was incurred  5/26/2022

Last 4 digits of account number  3 3 1 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,710.00

---

**3.51** Nonpriority creditor's name and mailing address

Save Mart Supermarket

POB 4664
Modesto, CA 95352

Date or dates debt was incurred  11/14/2022

Last 4 digits of account number  4 2 8 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 39,880.00

---

Debtor    Old LW, LLC

Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.52** Nonpriority creditor's name and mailing address

Action Lift Inc

1 Memco Dr

Pittston, PA, 18640

Date or dates debt was incurred    2/6/2020-7/21/2021

Last 4 digits of account number    4 8 3 4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 66,078.38

---

**3.53** Nonpriority creditor's name and mailing address

Advanced Cargo Transportation Inc

19 Hyatt Avenue

Newark, NJ 07105

Date or dates debt was incurred    3/15/2021- 6/7/2021

Last 4 digits of account number    7 1 7 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,575.40

---

**3.54** Nonpriority creditor's name and mailing address

Air Royal Company

43 Newark Way PO Box 129

Maplewood, NJ 07040

Date or dates debt was incurred    5/1/2020

Last 4 digits of account number    1 8 3 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 199.00

---

**3.55** Nonpriority creditor's name and mailing address

All American Containers of Georgia Inc

4400 North Commerce Drive

East Point, GA 30344

Date or dates debt was incurred    2/4/2020-5/13/2020

Last 4 digits of account number    0 0 0 9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,709.61

---

**3.56** Nonpriority creditor's name and mailing address

All American Hardware Inc

678 Motor Parkway

Hauppauge, NY 11788

Date or dates debt was incurred    4/15/2020

Last 4 digits of account number    5 5 0 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 524.00

---

Debtor    Old LW, LLC
          Name                                                    Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** Nonpriority creditor's name and mailing address
Allied Knife Grinding

180 Bangor St
Lindenhurst, NY 11757

Date or dates debt was incurred    3/11/2020-12/26/2022
Last 4 digits of account number    0  0  2  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 732.12

---

**3.58** Nonpriority creditor's name and mailing address
Alpla Inc

PO Box 896862
St John, IN 46373

Date or dates debt was incurred    1/20/2021-8/19/2022
Last 4 digits of account number    1  5  1  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,038.57

---

**3.59** Nonpriority creditor's name and mailing address
Alzo International Inc

650 Jernee Mill Rd
Sayrevilole, NJ 08872

Date or dates debt was incurred    1/27/2020-11/21/2022
Last 4 digits of account number    3  3  3  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 217.25

---

**3.60** Nonpriority creditor's name and mailing address
Amazon Capital Services

PO Box 035184
Seattle, WA 98124

Date or dates debt was incurred    2/19/2020-6/15/2020
Last 4 digits of account number    7  5  1  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,276.21

---

**3.61** Nonpriority creditor's name and mailing address
AMC Engineering PLLC

1836 42nd Street
Astoria, NY 11105

Date or dates debt was incurred    1/8/2020
Last 4 digits of account number    0  0  2  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,216.00

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.62** Nonpriority creditor's name and mailing address

Apex Companies LLC

POB 1443

Baltimore, MD 21203

Date or dates debt was incurred    1/6/2021-8/16/2021

Last 4 digits of account number    0 1 5 6

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 15,450.00

---

**3.63** Nonpriority creditor's name and mailing address

Apex Shipping NYC

1975 Linden Blvd, Suite 300

Elmont, NY 11003

Date or dates debt was incurred    2/8/2021-8/16/2021

Last 4 digits of account number    6 6 4 8

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 25,275.00

---

**3.64** Nonpriority creditor's name and mailing address

APM Terminals Elizabeth LLC

9300 Arrowpoint Blvd, South Building 1st Floor

Charlotte, NC 28273

Date or dates debt was incurred    1/28/2021

Last 4 digits of account number    7 6 7 2

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 2,340.00

---

**3.65** Nonpriority creditor's name and mailing address

Arena Products Inc

100 Metro Park

Rochester, NY 14623

Date or dates debt was incurred    10/29/2020-12/5/2022

Last 4 digits of account number    3 3 8 4

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 10,728.50

---

**3.66** Nonpriority creditor's name and mailing address

Arma Container Corp

65 N Inudstry Court

Deer Park, 11729

Date or dates debt was incurred    2/5/2021-7/12/2022

Last 4 digits of account number    3 0 8 7

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 12,279.01

Debtor    Old LW, LLC
         Name                                                    Case number (if known)_____

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.67** Nonpriority creditor's name and mailing address

Asset Management Solutions LLC

PO Box 217

White Salmon, WA 98672

Date or dates debt was incurred    11/18/2020

Last 4 digits of account number    3 1 0 9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$5,150.00

---

**3.68** Nonpriority creditor's name and mailing address

Associated Packaging Inc

PO Box 306068

Nashville, TN 37230-6068

Date or dates debt was incurred    4/22/2020

Last 4 digits of account number    3 0 8 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$20.00

---

**3.69** Nonpriority creditor's name and mailing address

Ast Enterprises Inc

70 Commerical Way

Springboro, OH 45066

Date or dates debt was incurred    9/1/2022

Last 4 digits of account number    3 7 2 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$2,100.00

---

**3.70** Nonpriority creditor's name and mailing address

Automationdirect.com Inc

PO Box 402417

Atlanta, GA 30384

Date or dates debt was incurred    4/12/2021

Last 4 digits of account number    0 0 5 2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$29.00

---

**3.71** Nonpriority creditor's name and mailing address

Avison Young Chicago LLC

1 S Wacker Dr Ste 3000

Chicago, IL 60606

Date or dates debt was incurred    8/3/2020

Last 4 digits of account number    5 4 8 8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$40,071.42

---

| Debtor | Old LW, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

Berlin Packaging

12 Avian Way, Salhouse Rd, Norwich

NR7 9AR, England, United Kingdom

Date or dates debt was incurred    12/17/2020-4/1/2021

Last 4 digits of account number    5 5 9 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 165.88

---

**3.73** Nonpriority creditor's name and mailing address

Balcan Innovations Inc

11320 State Route 9 Suite 100

Champlain, NY 12319

Date or dates debt was incurred    2/16/2022

Last 4 digits of account number    4 6 5 9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 116.25

---

**3.74** Nonpriority creditor's name and mailing address

Bazaar Inc

1900 N. 5th Avenue

River Groove, IL 60171

Date or dates debt was incurred    12/3/2021

Last 4 digits of account number    9 0 0 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,892.00

---

**3.75** Nonpriority creditor's name and mailing address

Berry Plastics Corp

PO Box 633485

Cincinatti, OH 45263

Date or dates debt was incurred    1/14/2021-1/21/2021

Last 4 digits of account number    1 5 1 9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 362.78

---

**3.76** Nonpriority creditor's name and mailing address

Best Transportation LLC

263 D Distribution Street

Newark, NJ 07114

Date or dates debt was incurred    8/16/2021

Last 4 digits of account number    7 1 8 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,934.49

---

Debtor   Old LW, LLC
         Name

Case number (if known) _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.77** Nonpriority creditor's name and mailing address

Betty Inc

1801 S Swanson St

Philadelphia, PA 19148

Date or dates debt was incurred   12/3/2021

Last 4 digits of account number   9 0 0 1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 120.00

**3.78** Nonpriority creditor's name and mailing address

Beyond Trust Corp

PO Box 734433

Dallas, TX 75373-4433

Date or dates debt was incurred   11/10/2020

Last 4 digits of account number   4 8 9 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,031.51

**3.79** Nonpriority creditor's name and mailing address

BGR Inc

3906 Produce Rd Suite 101

Louisville, KY 40232

Date or dates debt was incurred   7/1/2020-9/9/2022

Last 4 digits of account number   0 7 2 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,050.16

**3.80** Nonpriority creditor's name and mailing address

Biomerieux

595 Anglum Rd

St. Louis, MO 40232

Date or dates debt was incurred   6/17/2020

Last 4 digits of account number   0 0 6 6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,849.32

**3.81** Nonpriority creditor's name and mailing address

Black Birch Engineering Inc

2950 Ransom Rd

Dallas, PA 18612

Date or dates debt was incurred   8/25/2020-12-15/2020

Last 4 digits of account number   7 5 3 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 42,581.29

| Debtor | Old LW, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Bowman Trailer Leasing

PO Box 433

Williamsport, MD 21795

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred  2/3/2020-3/26/2020

Last 4 digits of account number  2 5 3 8

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,668.75

---

**3.83** Nonpriority creditor's name and mailing address

Bulk Apothecary

125 Lena Drive

Aurora, OH 44202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred  7/10/2020-8/3/2020

Last 4 digits of account number  7 3 0 4

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,370.45

---

**3.84** Nonpriority creditor's name and mailing address

C&E Sales Inc

2400 Technical Dr

Miamisburg, OH 45342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred  6/25/2020

Last 4 digits of account number  5 6 2 2

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,425.00

---

**3.85** Nonpriority creditor's name and mailing address

Ceccacci Lift Truck Services Inc

949 Underwood Rd

Olyphant, PA 18847

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred  1/22/2020-3/27/2020

Last 4 digits of account number  3 5 7 6

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,044.56

---

**3.86** Nonpriority creditor's name and mailing address

Canberra Corp

3610 N Holland-Sylvania Rd

Toledo, OH 43615

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred  1/6/2021

Last 4 digits of account number  6 0 6 3

Is the claim subject to offset?
☑ No
☐ Yes

$ 420.00

---

Debtor    Old LW, LLC

Name _____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** Nonpriority creditor's name and mailing address

Cattie Adhesive Solutions LLC

2200 Claymont Dr
Quakertown, PA 18951

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    2/25/2020

Last 4 digits of account number    0  7  0  1

Is the claim subject to offset?
☑ No
☐ Yes

$ 103.50

---

**3.88** Nonpriority creditor's name and mailing address

CBT Compnay DBA The Belting Co of Cincinnati

550 Ridge Ave
Cincinnati, OH 45213-2516

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    4/27/2020-9/1/2022

Last 4 digits of account number    0  8  3  6

Is the claim subject to offset?
☑ No
☐ Yes

$ 693.35

---

**3.89** Nonpriority creditor's name and mailing address

CCI Waste & Recycling Service Inc

944 Underwood Rd
Olymphant, PA 18447

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    1/10/2020-5/19/2020

Last 4 digits of account number    3  2  7  1

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,807.43

---

**3.90** Nonpriority creditor's name and mailing address

Cerminaro Construction Co Inc

21 Franklin St
Jermyn, PA 18433

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    3/5/2020

Last 4 digits of account number    3  7  6  8

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,975.00

---

**3.91** Nonpriority creditor's name and mailing address

Chain Logistics

300 - 2 State Route 17 S Unit B
Lodi, NJ 07644

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    12/9/2020

Last 4 digits of account number    5  5  1  0

Is the claim subject to offset?
☑ No
☐ Yes

$ 100.00

---

Debtor    Old LW, LLC
          Name

Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

Change Parts Inc

185 S Jebavy Dr
Ludington, MI 94931

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    1/20/2020-6/5/2020
Last 4 digits of account number    0  1  7  8

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,408.50

---

**3.93** Nonpriority creditor's name and mailing address

Chardon Laboratories Inc

7300 Tussing Rd
Reynoldsburg, OH 43068

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    9/1/2022
Last 4 digits of account number    0  1  3  9

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,560.00

---

**3.94** Nonpriority creditor's name and mailing address

Chep USA

15226 Collections Cener Dr
Chicago, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    6/16/2020-9/1/2022
Last 4 digits of account number    1  5  2  7

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,716.68

---

**3.95** Nonpriority creditor's name and mailing address

CMA CGM (America) LLC

5701 Lake Wright Dr
Norfolk, VA 23502

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    2/16/2021
Last 4 digits of account number    6  0  9  9

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,275.00

---

**3.96** Nonpriority creditor's name and mailing address

Cole - Parmer

13927 Collections Center Dr
Chicgo, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    1/10/2020
Last 4 digits of account number    0  2  4  1

Is the claim subject to offset?
☑ No
☐ Yes

$ 212.00

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** Nonpriority creditor's name and mailing address
Complete Forklift Tire Specialists Inc

654 N Wellwood Ave Suite D #343
Lindenhurst, NY 11757

Date or dates debt was incurred    2/5/2020
Last 4 digits of account number    0 1 1 1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,967.00

---

**3.98** Nonpriority creditor's name and mailing address
Continuous Motion Packaging LLC

1530 N Country Club Pkwy
Elkhorn, WI 53121

Date or dates debt was incurred    6/23/2020-11/30/2022
Last 4 digits of account number    0 1 1 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,678.21

---

**3.99** Nonpriority creditor's name and mailing address
Convergint Technologies LLC

One Commerce Drive
Schaumburg, IL 60173

Date or dates debt was incurred    9/1/2022
Last 4 digits of account number    4 1 1 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,383.56

---

**3.100** Nonpriority creditor's name and mailing address
Convertech Inc

353 Richard Mine Rd
Wharton, NJ 07885

Date or dates debt was incurred    5/27/2022-9/26/2022
Last 4 digits of account number    6 1 1 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,345.00

---

**3.101** Nonpriority creditor's name and mailing address
CPS Process Solutions LLC

200 Bulfinch Dr Suite 160
Andover, MA 01810

Date or dates debt was incurred    1/15/2021-2/8/2021
Last 4 digits of account number    7 2 0 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,287.50

---

Debtor **Old LW, LLC**
Name

Case number *(if known)*_____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.102** Nonpriority creditor's name and mailing address
Craig and Aubrey Technology LLC

9465 Counselors Row Suite 200
Indianapolis, IN 46210-3817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    1/7/2021
Last 4 digits of account number    7  1  8  9

Is the claim subject to offset?
☑ No
☐ Yes

$ 97.76

---

**3.103** Nonpriority creditor's name and mailing address
Crescent Consulting LLC

1515 S Orange Ave
Orlando, FL 32806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    3/18/2021
Last 4 digits of account number    0  1  2  2

Is the claim subject to offset?
☑ No
☐ Yes

$ 375.00

---

**3.104** Nonpriority creditor's name and mailing address
Crystal Clear Spring Water Co

622 E Drinker St
Dunmore, PA 18512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    5/28/2020
Last 4 digits of account number    4  8  4  7

Is the claim subject to offset?
☑ No
☐ Yes

$ 630.00

---

**3.105** Nonpriority creditor's name and mailing address
Data Systems International LLC

PO Box 504138
St. Louis, MO 63150-4138

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    4/2/2020-5/26/2020
Last 4 digits of account number    0  1  3  2

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,893.75

---

**3.106** Nonpriority creditor's name and mailing address
De Well Container Shipping

1 Cross Island Plaza Suite 302
Rosedale, NY 11422

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    4/7/2020-8/16/2021
Last 4 digits of account number    0  1  4  3

Is the claim subject to offset?
☑ No
☐ Yes

$ 78,540.00

---

Debtor    Old LW, LLC
_____
Name

Case number *(if known)* _____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.107**

**Nonpriority creditor's name and mailing address**
Deco Labels & Flexible Packaging

950 N IL-83 Suite H

Wood Dale, IL 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1,519.30

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    3/25/2020-11/23/2022

Last 4 digits of account number    0  8  3  1

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**
Dempsey Uniform and Linen Supply

707 Paulison Ave

Clifton, NJ 07015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 290.15

**Basis for the claim:** Uniform Costs

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**
DHL Global Forwarding

14076 Collections Ctr Dr

Chicago, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 41,765.60

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    6/30/2020-8/16/2021

Last 4 digits of account number    6  1  4  7

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
Dickson

930 South Westwood Ave

Addison, IL 60101-4917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190.00

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    1/9/2021

Last 4 digits of account number    6  1  4  8

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**
Dongguan Hungchin Paper Products Co LTD

No 3 Lian Xing Rd Wu Lian Industrial

Feng Gang Town, Dong Guan, Guang Dong, China

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 260.00

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    4/30/2021-12/14/2021

Last 4 digits of account number    6  1  5  7

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Old LW, LLC
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.112**  Nonpriority creditor's name and mailing address

DP Carrier Inc

27 Smith St

Deer Park, NY 11729

Date or dates debt was incurred    4/7/2020-5/31/2022

Last 4 digits of account number    0  4  2  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$4,519.00

---

**3.113**  Nonpriority creditor's name and mailing address

DSM Nutritional Products

3927 Collection Center Dr

Chicago, IL 60693

Date or dates debt was incurred    10/22/2020

Last 4 digits of account number    3  3  3  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$5,867.60

---

**3.114**  Nonpriority creditor's name and mailing address

DTM Packaging LLC

150 Recreation Park Dr Unit 5

Hingham, MA 02043

Date or dates debt was incurred    1/9/2020-3/11/2020

Last 4 digits of account number    3  4  4  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$11,597.79

---

**3.115**  Nonpriority creditor's name and mailing address

Dupray USA LLC

40E Main St Suite 16B

Newark, DE 19711

Date or dates debt was incurred    9/3/2020

Last 4 digits of account number    6  8  2  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$179.00

---

**3.116**  Nonpriority creditor's name and mailing address

Eastern Industrial Automation

158 Lexington St

Waltham, MA 02454

Date or dates debt was incurred    1/10/2020-12/26/2022

Last 4 digits of account number    0  1  5  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$1,849.98

---

Debtor   Old LW, LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17** Nonpriority creditor's name and mailing address

Eastern Roofing Systems Inc

1 Keystone Pl

Jessup, PA 18434

Date or dates debt was incurred   3/18/2020

Last 4 digits of account number   3  7  1  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,597.73

---

**3.118** Nonpriority creditor's name and mailing address

EBay

2025 Hamilton Ave

San Jose, CA 95125

Date or dates debt was incurred   5/26/2020

Last 4 digits of account number   5  4  0  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,300.00

---

**3.119** Nonpriority creditor's name and mailing address

Effects of Color

655 Old Willets Path

Hauppauge, NY 11788

Date or dates debt was incurred   5/28/2021

Last 4 digits of account number   0  6  7  7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 422.69

---

**3.120** Nonpriority creditor's name and mailing address

Electric Battery Company LLC

178-15 Eveleth Rd

Jamaica, NY 11434

Date or dates debt was incurred   3/16/2020-11/14/2022

Last 4 digits of account number   1  6  8  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 328.10

---

**3.121** Nonpriority creditor's name and mailing address

Envirocon Technologies Inc

PO Box 3547

Austin, TX 78764

Date or dates debt was incurred   5/4/2021-5/7/2021

Last 4 digits of account number   6  3  9  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 33.13

---

Debtor    Old LW, LLC
          Name                                              Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122** Nonpriority creditor's name and mailing address

E-Pack Machinery Inc

1535 S State Rd 39
Laporte, IN 46350

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    1/16/2020-9/1/2022
Last 4 digits of account number    0 2 0 2

Is the claim subject to offset?
☑ No
☐ Yes

$ 12,931.00

**3.123** Nonpriority creditor's name and mailing address

Equipment Depot

2545 Northwest Parkway
Elgin, IL 60124

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    1/8/2020-9/1/2022
Last 4 digits of account number    0 2 5 1

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,031.29

**3.124** Nonpriority creditor's name and mailing address

ERM Label Co

689 Wilson Blvd
Central Islip, NY 11722

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    1/14/2020
Last 4 digits of account number    0 1 6 0

Is the claim subject to offset?
☑ No
☐ Yes

$ 714.00

**3.125** Nonpriority creditor's name and mailing address

Everwear Inc

401 Stag Industrial Blvd
Lake St. Louis, MO 63367

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    1/27/2022
Last 4 digits of account number    6 8 1 4

Is the claim subject to offset?
☑ No
☐ Yes

$ 715.00

**3.126** Nonpriority creditor's name and mailing address

Evoqua Water Technologies

28563 Network Pl
Chicago, IL 60673-1285

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    2/14/2020-12/16/2020
Last 4 digits of account number    0 4 8 1

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,323.84

Debtor    Old LW, LLC
_____
Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127** Nonpriority creditor's name and mailing address
Fibertex Nonwovens Inc

100 ISO Parkway

Winona, MN 55987-1286

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 141.78

Date or dates debt was incurred    11/17/2021
Last 4 digits of account number    8 9 6 8

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.128** Nonpriority creditor's name and mailing address
Filling Equipment Co Inc

1539 130th St

College Point, NY 11356

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 11,205.90

Date or dates debt was incurred    1/16/2020- 9/1/2022
Last 4 digits of account number    4 2 6 1

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.129** Nonpriority creditor's name and mailing address
Firmenich USA Inc

250 Plainsboro Rd

Plainsboro, NJ 08536

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 7,544.29

Date or dates debt was incurred    11/24/2020-10/17/2022
Last 4 digits of account number    0 1 7 0

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.130** Nonpriority creditor's name and mailing address
Fisher Scientific Company Inc

PO Box 3648

Boston, MA 02241

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 5,573.33

Date or dates debt was incurred    3/16/2020-11/5/2022
Last 4 digits of account number    0 1 7 2

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address
Dealer Storage of Long Island LLC

200 Town Line Rd

Kingspark, NY 11787

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 22,000.00

Date or dates debt was incurred    6/1/2022
Last 4 digits of account number    7 6 7 9

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    Old LW, LLC
_____
Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.132** Nonpriority creditor's name and mailing address

Allway Transfers

180 Bangor St
Lindenhurst, NY 11757

Date or dates debt was incurred    8/4/2022-11/14/2022

Last 4 digits of account number    2  6  9  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 550.00

---

**3.133** Nonpriority creditor's name and mailing address

FRATE HOLDING

1335 DONALDSON RD UNIT 4
ERLANGER, KY 41018-3123

Date or dates debt was incurred    10/28/2020-8/16/2021

Last 4 digits of account number    3  1  4  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 232.81

---

**3.134** Nonpriority creditor's name and mailing address

FREEDMAN PACKAGING CORP

454 LIVONIA AVENUE
BROOKLYN, NY 11207

Date or dates debt was incurred    9/1/2020-2/14/2022

Last 4 digits of account number    1  6  9  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 447.78

---

**3.135** Nonpriority creditor's name and mailing address

FS INSTALLATION CORP

245 ACORN AVE
CENTRAL ISLIP, NY 11722

Date or dates debt was incurred    9/18/2020

Last 4 digits of account number    6  8  5  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 500.00

---

**3.136** Nonpriority creditor's name and mailing address

G. WEINBERGER CO.

231 OAK STREET
OLD FORGE, PA 18518

Date or dates debt was incurred    1/7/2020-11/12/2020

Last 4 digits of account number    3  7  7  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,552.65

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.137** Nonpriority creditor's name and mailing address

G.D. USA

PO Box 71209

Charlotte, NC 28272

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 41.46

Date or dates debt was incurred     1/8/2020-5/23/2022

Last 4 digits of account number    6  1  0  6

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.138** Nonpriority creditor's name and mailing address

GALCO INDUSTRIAL ELECTRONICS INC

26010 PINEHURST DR

MADISON HEIGHTS, MI 48071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$333.67

Date or dates debt was incurred     7/30/2020

Last 4 digits of account number    4  8  7  6

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.139** Nonpriority creditor's name and mailing address

GENE METSCHULAT ELECTRICAL CONTRACTORS

819 State Route 307

Spring Brook Township, PA 18444

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 24,495.31

Date or dates debt was incurred     4/17/2020-6/5/2020

Last 4 digits of account number    3  2  3  2

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.140** Nonpriority creditor's name and mailing address

GLASSLINE CORPORATION DBA SECURE PAK DIV

3630 ROCKLAND CIR STE 509

MILLBURY, OH 43447

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 2,126.50

Date or dates debt was incurred     9/28/2020

Last 4 digits of account number    5  1  4  7

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.141** Nonpriority creditor's name and mailing address

GLATFELTER COMPOSITE FIBERS NA INC

200 Broad Street, Suite 206

Gainsville, GA 30501

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 2,227.51

Date or dates debt was incurred     9/28/2022

Last 4 digits of account number    8  9  6  2

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Old LW, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.142** Nonpriority creditor's name and mailing address
Global Equipment Company

5325 Palmero Court
Buford, GA 30518

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 4,898.93

Date or dates debt was incurred  2/7/2020-10/14/2022
Last 4 digits of account number  0 1 9 0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.143** Nonpriority creditor's name and mailing address
Grainger

475 E Algonquin Rd
Arlington Heights, IL 60005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 2,381.56

Date or dates debt was incurred
Last 4 digits of account number  0 7 4 6

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.144** Nonpriority creditor's name and mailing address
HAR EQUIPMENT SALES
60 S PARK ST
BEDFORD, OH 44146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 28.76

Date or dates debt was incurred  9/21/2020
Last 4 digits of account number  4 8 2 3

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.145** Nonpriority creditor's name and mailing address
Harrington Industrial Plastics

PO BOX 638250
Cincinnati, OH 45263

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 934.12

Date or dates debt was incurred  6/9/2020-9/1/2022
Last 4 digits of account number  0 7 5 0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.146** Nonpriority creditor's name and mailing address
Hartness

39862 TREASURY CENTER
Chicago, IL 60694

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 84,840.00

Date or dates debt was incurred  3/31/2020
Last 4 digits of account number  0 2 0 8

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Old LW, LLC
          Name

Case number *(if known)*_____

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.147** Nonpriority creditor's name and mailing address

HeatTrack LLC

3645 Clearview Parkway

Doraville, GA 30340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor Contract

Date or dates debt was incurred    2/9/2022
Last 4 digits of account number    9  1  3  1

Is the claim subject to offset?
☒ No
☐ Yes

$ 16.00

---

**3.148** Nonpriority creditor's name and mailing address

Henry Pak Inc

P.O. Box 941

Simpsonville, SC 29681

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Date or dates debt was incurred    7/14/2022
Last 4 digits of account number    0  2  5  6

Is the claim subject to offset?
☒ No
☐ Yes

$ 14.00

---

**3.149** Nonpriority creditor's name and mailing address

Hershey Paper Company

3650 Hempland Rd

Lancaster, PA 17601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Date or dates debt was incurred    7/14/2022
Last 4 digits of account number    4  8  8  2

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,820.00

---

**3.150** Nonpriority creditor's name and mailing address

Highlander Equipment Company

110 Clyde Rd

Somerset, NJ 08873

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Date or dates debt was incurred    2/11/2021-10/24/2022
Last 4 digits of account number    6  9  3  1

Is the claim subject to offset?
☒ No
☐ Yes

$ 1108.24

---

**3.151** Nonpriority creditor's name and mailing address

Hilo Materials Handling Group

845 South 1st St

Ronkonkoma, NY 11779

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Date or dates debt was incurred    3/9/2020-9/19/2022
Last 4 digits of account number    0  2  1  6

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,290.19

---

Debtor    Old LW, LLC
          _____
          Name                                            Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.152** Nonpriority creditor's name and mailing address

HLPM Distribution LLC

1275 Bloomfield Ave #5

Fairfield, NJ 07004

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 10,007.76

Date or dates debt was incurred    1/22/2021-3/31/2022
Last 4 digits of account number    6  2  6  3

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.153** Nonpriority creditor's name and mailing address

Hobbes Equipment Inc

12 West St

New Palestine, IN 46163

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 2,862.00

Date or dates debt was incurred    9/1/2022
Last 4 digits of account number    2  0  1  6

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.154** Nonpriority creditor's name and mailing address

The Home Depot

P.O. Box 78047

Phoenix, AZ 85062-8047

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 1,141.60

Date or dates debt was incurred    7/29/2020
Last 4 digits of account number    0  2  1  9

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.155** Nonpriority creditor's name and mailing address

Hood Container D&P

P.O. Box 746568

Atlanta, GA 30374-6568

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 784.80

Date or dates debt was incurred    8/4/2020-12/19/2022
Last 4 digits of account number    6  9  3  2

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**3.156** Nonpriority creditor's name and mailing address

Hub Labels Inc

18223 Shawley Dr

Hagerstown, MD 21740

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 360.00

Date or dates debt was incurred    3/24/2021
Last 4 digits of account number    7  6  5  7

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor   Old LW, LLC
_____
         Name                                                    Case number (if known) _____

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.157** Nonpriority creditor's name and mailing address
ICON, INC.

PO BOX 175

LAKE WINOLA, PA 18625

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 93,682.00

Basis for the claim: Vendor Contract

Date or dates debt was incurred     7/20/2020- 1/7/2021
Last 4 digits of account number     3   5   3   6

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.158** Nonpriority creditor's name and mailing address
IDEX MPT INC DBA QUADRO US

90 GLACIER DR STE 1000

WESTWOOD, MA 02090

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,265.00

Basis for the claim: Vendor Contract

Date or dates debt was incurred     12/23/2020-3/9/2021
Last 4 digits of account number     7   1   2   9

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.159** Nonpriority creditor's name and mailing address
Independent Chemical Inc

71-19 80TH STREET, STE 8202

Glendale, NY 11385

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,943.59

Basis for the claim: Vendor Contract

Date or dates debt was incurred     2/21/2020-10/5/2022
Last 4 digits of account number     0   2   3   2

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.160** Nonpriority creditor's name and mailing address
Industrial Tape & Supply Company

1061 King Industrial Drive

Marietta, GA 30062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 837.44

Basis for the claim: Vendor Contract

Date or dates debt was incurred     1/27/2020-10/15/2020
Last 4 digits of account number     4   8   3   3

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.161** Nonpriority creditor's name and mailing address
INGERSOLL RAND

131 W. DIVERSEY AVENUE

ELMHURST, IL 60126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,227.00

Basis for the claim: Vendor Contract

Date or dates debt was incurred     8/11/2020-9/1/2022
Last 4 digits of account number     3   0   9   5

Is the claim subject to offset?
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | Amount of claim |
|---|---|---|

**3.162** Nonpriority creditor's name and mailing address
INOLEX

2101 S. Swanson Street
Philadelphia, PA 19148

Date or dates debt was incurred     11/24/2021-4/21/2022
Last 4 digits of account number     ___ ___ 3341

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$39.00

**3.163** Nonpriority creditor's name and mailing address
INSIDER SOFTWARE

PO BOX 190
SAN JOSE, CA 95103

Date or dates debt was incurred     11/24/2020
Last 4 digits of account number     4  9  7  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$267.00

**3.164** Nonpriority creditor's name and mailing address
INTEGRITEC INC.

PO BOX 99
WHITE HAVEN, PA 18661

Date or dates debt was incurred     4/22/2022
Last 4 digits of account number     7  5  1  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$183.75

**3.165** Nonpriority creditor's name and mailing address
INTERNATIONAL PAPER

401 NORTHWEST AVENUE
NORTHLAKE, IL 60164

Date or dates debt was incurred     6/14/2021
Last 4 digits of account number     1  5  1  8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$351.65

**3.166** Nonpriority creditor's name and mailing address
J.R. Watkins, LLC

PO Box 72537
Oakland, CA 94612

Date or dates debt was incurred     3/9/2020-3/16/2020
Last 4 digits of account number     5  1  7  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$15,008.98

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167** Nonpriority creditor's name and mailing address
JEDWARDS INTERNATIONAL INC

141 CAMPANELLI DR
BRAINTREE, MA 02184

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    9/15/2020
Last 4 digits of account number    7 0 8 2

Is the claim subject to offset?
☑ No
☐ Yes

$ 449.20

---

**3.168** Nonpriority creditor's name and mailing address
Jolly Plumbing

101 Beacon Drive
Wilder, KY 41076

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    7/28/2020
Last 4 digits of account number    2 5 4 1

Is the claim subject to offset?
☑ No
☐ Yes

$ 350.00

---

**3.169** Nonpriority creditor's name and mailing address
Jones Pallet Solution

126 Rock Street
Hughestown, PA 18640

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    3/25/2022
Last 4 digits of account number    7 9 3 1

Is the claim subject to offset?
☑ No
☐ Yes

$ 630.00

---

**3.170** Nonpriority creditor's name and mailing address
J-SQUARED TECHNOLOGIES

4015 CARLING AVENUE. SUITE 101
KANATA, ON  K2K 2A3, Canada

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    6/2/2020-9/24/2021
Last 4 digits of account number    6 8 9 0

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,666.85

---

**3.171** Nonpriority creditor's name and mailing address
KAMPS PALLETS

PO BOX 675126
Detroit, MI 48267

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    11/12/2020-10/22/2021
Last 4 digits of account number    0 1 5 2

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,210.20

Debtor  Old LW, LLC
_____  _____
        Name                                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.172** Nonpriority creditor's name and mailing address
KEY FOOD

100 Matawan Road, Suite 100

Matawan, NJ 07747

Date or dates debt was incurred        2/19/2020

Last 4 digits of account number        1 5 3 3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 750.00

---

**3.173** Nonpriority creditor's name and mailing address
LABEL PRINTING SYSTEMS. INC. DBA LPS TAG

3937 WESTPOINT BLVD.

WINSTON-SALEM, NC 27103

Date or dates debt was incurred        2/8/2021-9/13/2022

Last 4 digits of account number        6 3 4 8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 998.79

---

**3.174** Nonpriority creditor's name and mailing address
Lanco York, Inc.

864 East 25th Street

Paterson, NJ 07503

Date or dates debt was incurred        12/1/2020-11/18/2022

Last 4 digits of account number        0 2 8 2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 126.59

---

**3.175** Nonpriority creditor's name and mailing address
Lazar Technologies Inc

39 Evergreen St

Hazlet, NJ 07730

Date or dates debt was incurred        2/14/2022-9/1/2022

Last 4 digits of account number        2 5 6 1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,415.00

---

**3.176** Nonpriority creditor's name and mailing address
Lee Spring Company

140 58Th Street Suite 3C

Brooklyn, NY 11220

Date or dates debt was incurred        5/11/2020-8/11/2022

Last 4 digits of account number        0 2 8 4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,850.34

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177** Nonpriority creditor's name and mailing address
Lemishine

PO Box 3547

Austin, TX 78764

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred 2/10/2021-3/11/2021
Last 4 digits of account number   3  8  3  2

Is the claim subject to offset?
☐ No
☐ Yes

$ 51.34

---

**3.178** Nonpriority creditor's name and mailing address
LEVRWOOD MACHINE WORKS INC

100 REDCO AVE UNIT D2

RED LION, PA 17356

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred 11/3/2020-1/21/2021
Last 4 digits of account number   7  1  3  0

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,527.00

---

**3.179** Nonpriority creditor's name and mailing address
Liftec Forklifts Inc

124 Sylvania Place

South Plainfield, NJ 07080

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred 5/19/2020-8/11/2022
Last 4 digits of account number   0  2  8  7

Is the claim subject to offset?
☑ No
☐ Yes

$ 454.65

---

**3.180** Nonpriority creditor's name and mailing address
M.A.J. ENTERPRISES INC.

303 WINDING ROAD

OLD BETHPAGE, NY 11804

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred 12/4/2020
Last 4 digits of account number   3  7  5  3

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,400.00

---

**3.181** Nonpriority creditor's name and mailing address
MANUFACTURERS EDGE INC

5044 INDUSTRIAL RD STE C

WALL TOWNSHIP, NJ 07727

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred 9/1/2022
Last 4 digits of account number   7  0  9  0

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,272.00

---

| Debtor | Old LW, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** Nonpriority creditor's name and mailing address
MAYS CHEMICAL COMPANY

PO BOX 844598

BOSTON, MA 02284

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   3/21/2020
Last 4 digits of account number   4 4 2 5

Is the claim subject to offset?
☑ No
☐ Yes

$ 22,864.22

---

**3.183** Nonpriority creditor's name and mailing address
Mcmaster-Carr Supply Co.

P.O. BOX 7690

CHICAGO, IL 60680

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   1/3/2020-12/12/2022
Last 4 digits of account number   0 3 2 3

Is the claim subject to offset?
☑ No
☐ Yes

$ 28,983.84

---

**3.184** Nonpriority creditor's name and mailing address
Metro Filter Sales Inc.

250 Clearbrook Rd

Elmsford, NY 10523

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   2/9/2021
Last 4 digits of account number   7 6 6 4

Is the claim subject to offset?
☑ No
☐ Yes

$ 7,383.00

---

**3.185** Nonpriority creditor's name and mailing address
Metropolitan Laundry Machiney Co Inc

127-19 101 Ave

Richmond Hill, NY 11419

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   1/10/2020-1/12/2021
Last 4 digits of account number   0 3 2 9

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,873.81

---

**3.186** Nonpriority creditor's name and mailing address
METTLER-TOLEDO, LLC

1900 Polaris Pkwy

Columbus, OH 43240

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   2/26/2020
Last 4 digits of account number   8 3 3 2

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,062.48

---

Debtor    Old LW, LLC
_____
          Name

Case number *(if known)* _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.187** **Nonpriority creditor's name and mailing address**

Model Graphics & Media

PO Box 706190

Cincinnati, OH 45270

Date or dates debt was incurred    9/1/2022

Last 4 digits of account number    0  7  6  7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,389.60

---

**3.188** **Nonpriority creditor's name and mailing address**

MODERN GAS SALES INC

PO BOX 5001

AVOCA, PA 18641

Date or dates debt was incurred

Last 4 digits of account number    3  3  0  8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$541.15

---

**3.189** **Nonpriority creditor's name and mailing address**

Moreland Hose & Belting Corp

135 ADAMS AVENUE

HEMPSTEAD, NY 11550

Date or dates debt was incurred

Last 4 digits of account number    0  3  4  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$471.60

---

**3.190** **Nonpriority creditor's name and mailing address**

MS Packaging & Supply Corp

53 Zorn Bvld

Yaphank, NY 11980

Date or dates debt was incurred    8/7/2020-12/22/2022

Last 4 digits of account number    0  6  8  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,132.97

---

**3.191** **Nonpriority creditor's name and mailing address**

NATIONAL OILWELL VARCO L.P.

PO BOX 205776

Dallas, TX 75320

Date or dates debt was incurred    3/27/2020-9/1/2022

Last 4 digits of account number    5  1  7  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,087.65

---

Debtor    Old LW, LLC

Name

Case number (if known) _____

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | | **Amount of claim** |

---

**3.192** Nonpriority creditor's name and mailing address

Neff Packaging Solutions

Drawer # 1740, PO BOX 5935

Troy, MI 48007

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    3/9/2020

Last 4 digits of account number    0   7   7   2

Is the claim subject to offset?
☑ No
☐ Yes

$ 740.25

---

**3.193** Nonpriority creditor's name and mailing address

NETWORK SOLUTIONS

13861 Sunrise Valley Dr.

Herndon, VA 20170

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    8/18/2020

Last 4 digits of account number    6   8   3   7

Is the claim subject to offset?
☑ No
☐ Yes

$ 745.57

---

**3.194** Nonpriority creditor's name and mailing address

Newark Corporation

300 S. Riverside Plaza Suite 2200

Chicago, IL 60606

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    4/2/2021

Last 4 digits of account number    0   3   5   5

Is the claim subject to offset?
☑ No
☐ Yes

$ 184.96

---

**3.195** Nonpriority creditor's name and mailing address

NEWARK ELEMENT14

33190 Collection Center Drive

Chicago, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    10/12/2020

Last 4 digits of account number    6   7   3   3

Is the claim subject to offset?
☑ No
☐ Yes

$ 122.48

---

**3.196** Nonpriority creditor's name and mailing address

NINGBO DSW INTERNATIONAL CO LTD

RM 1301. NO. 5 Oriental Commerical Center

Ningbo, China 315153

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred    12/3/2020-11/15/2022

Last 4 digits of account number    6   4   3   4

Is the claim subject to offset?
☑ No
☐ Yes

$ 81.60

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.**<sup>197</sup> Nonpriority creditor's name and mailing address

NINGBO SONGMILE PACKAGING CO LTD

NO. 188 WANJIN ROAD, Yinzhou District

Ningbo, China 315153

Date or dates debt was incurred  8/7/2020-9/23/2020

Last 4 digits of account number  2 6 0 8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 234.00

---

**3.**<sup>198</sup> Nonpriority creditor's name and mailing address

NPC GLOBAL CORP

100 MIDDLESEX AVENUE SUITE 2
 CARTERET, NJ 07008

Date or dates debt was incurred  2/10/2021

Last 4 digits of account number  1 8 5 5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,448.00

---

**3.**<sup>199</sup> Nonpriority creditor's name and mailing address

Orient International Holding Shanghai Foreign Trade Co LTD

85 Lou Shan Guan Road, Suite B

Shanghai, China 200336

Date or dates debt was incurred  8/7/2020-12/21/2022

Last 4 digits of account number  0 3 8 1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,757.39

---

**3.**<sup>200</sup> Nonpriority creditor's name and mailing address

Orkin Pest Control  Ludlow

7046 Fairfield Business Center Dr

Fairfield, OH 45014

Date or dates debt was incurred  9/1/2022

Last 4 digits of account number  0 3 8 3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,491.00

---

**3.**<sup>201</sup> Nonpriority creditor's name and mailing address

PACIFIC OZONE TECHNOLOGY, INC.

28563 Network Place

Chicago, IL 60673

Date or dates debt was incurred  1/8/2020

Last 4 digits of account number  4 3 0 8

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 214.38

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.202** Nonpriority creditor's name and mailing address

PACKLINE WEST INC

1840 Wright Ave
La Verne, CA 91750

Date or dates debt was incurred    7/21/2020-1/28/2021

Last 4 digits of account number    6  4  5  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,665.19

---

**3.203** Nonpriority creditor's name and mailing address

PakLab

P.O. Box 841795
Los Angeles, CA 90084

Date or dates debt was incurred    4/15/2021

Last 4 digits of account number    0  7  7  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,304.50

---

**3.204** Nonpriority creditor's name and mailing address

Patrick Products Inc

P.O. BOX 208639
Dallas, TX 75320

Date or dates debt was incurred    4/21/2022

Last 4 digits of account number    0  7  7  7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,050.00

---

**3.205** Nonpriority creditor's name and mailing address

PENN-AIR & HYDRAULICS CORP

580 Davies Dr
York, PA 17402

Date or dates debt was incurred    9/1/2022-10/14/2022

Last 4 digits of account number    3  9  5  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,909.28

---

**3.206** Nonpriority creditor's name and mailing address

Perrigo Inc

282D Quarry Rd
Milford, CT 06460

Date or dates debt was incurred    9/15/2020-12/5/2020

Last 4 digits of account number    07  3817  9  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,459.70

---

| Debtor | Old LW, LLC | | Case number (if known) |
|--------|-------------|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207** Nonpriority creditor's name and mailing address

Pfm Na - Us Division , Inc.

15156 Transistor Lane
Huntington Beach, CA 92649

Date or dates debt was incurred    1/10/2020-5/11/2021
Last 4 digits of account number    0  3  9  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,372.08

**3.208** Nonpriority creditor's name and mailing address

Plante & Moran, PLLC

16060 Collections Center Drive
Chicago, IL 60693

Date or dates debt was incurred    11/27/2020
Last 4 digits of account number    4  8  2  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,750.00

**3.209** Nonpriority creditor's name and mailing address

PLASTICOS BANDREX SA DE CV

Soleras No 100 Int 3 Jocotan Zapopan
Jalisco, 45017 Mexico

Date or dates debt was incurred    11/24/2020
Last 4 digits of account number    7  1  6  9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 47.10

**3.210** Nonpriority creditor's name and mailing address

Plastics Consulting & Manufacturing Co

1431 Ferry Ave
Camden, NJ 08104

Date or dates debt was incurred    9/1/2022
Last 4 digits of account number    2  0  1  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,295.00

**3.211** Nonpriority creditor's name and mailing address

Power Transmission Supplies Inc

55 Brook Ave, Suite D
Deer Park, NY 11729

Date or dates debt was incurred    1/10/2020-11/30/2022
Last 4 digits of account number    0  4  1  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,125.00

Debtor   Old LW, LLC
         Name                                                                                        Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.212** Nonpriority creditor's name and mailing address

Pratt Industries

4425-B Victory Blvd

Staten Island, NY 10314

Date or dates debt was incurred    6/1/2020

Last 4 digits of account number    0   6   4   1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,500.00

---

**3.213** Nonpriority creditor's name and mailing address

PRECISION DEVICES INC

55 NORTH PLAINS ROAD

WALLINGFORD, CT 06492

Date or dates debt was incurred    3/18/2020

Last 4 digits of account number    4   4   6   9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$186.40

---

**3.214** Nonpriority creditor's name and mailing address

PRIME INDUSTRIAL COMPONENTS

465 NEW MILFORD AVENUE

ORADELL, NJ 07649

Date or dates debt was incurred    9/21/2021-1/3/2022

Last 4 digits of account number    6   4   8   8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$717.20

---

**3.215** Nonpriority creditor's name and mailing address

PRINTCO 360. LLC

PO Box 663

RAINSVILLE, AL 35986

Date or dates debt was incurred    2/13/2020-7/1/2020

Last 4 digits of account number    6   4   9   2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$6,950.10

---

**3.216** Nonpriority creditor's name and mailing address

PRO-QUIP INC

4 MARK RD STE C

KENILWORTH, NJ 07033

Date or dates debt was incurred    7/30/2020-3/5/2021

Last 4 digits of account number    6   8   1   7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,366.49

---

| Debtor | Old LW, LLC | |
|---|---|---|
| | Name | |

Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.217** Nonpriority creditor's name and mailing address

PSI PACKAGING SYSTEMS, INC.

P.O. BOX 3975

CHESTERFIELD, MO 63005

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred  1/14/2020-10/24/2022

Last 4 digits of account number  6 4 5 8

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,807.78

---

**3.218** Nonpriority creditor's name and mailing address

Pure Water Partners LLC

PO Box 24445

Seattle, WA 98124

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred

Last 4 digits of account number  7 7 0 7

Is the claim subject to offset?
☑ No
☐ Yes

$436.00

---

**3.219** Nonpriority creditor's name and mailing address

PWL TRUCKING INC

110-30 Dunkirk Street

Jamaica, NY 11412

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred  8/27/2020

Last 4 digits of account number  6 5 0 1

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,511.00

---

**3.220** Nonpriority creditor's name and mailing address

QC INDUSTRIES

4057 Clough Woods Dr.

Batavia, OH 45103

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred  5/1/2020-6/10/2020

Last 4 digits of account number  6 5 0 3

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,883.65

---

**3.221** Nonpriority creditor's name and mailing address

QUADREL LABELING SYSTEMS

7670 JENTHER DRIVE

MENTOR, OH 44060

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred  1/6/2020-9/1/2022

Last 4 digits of account number  0 2 5 4

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,565.90

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __ of __

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.222** Nonpriority creditor's name and mailing address

QueBIT Consulting LLC

P.O. Box 713

Katonah, NY 10536

Date or dates debt was incurred   12/9/2022

Last 4 digits of account number   6 6 6 1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$   20,700.00

---

**3.223** Nonpriority creditor's name and mailing address

RAPID PALLET

P.O. BOX 123

JERMYN, PA 18433

Date or dates debt was incurred   2/5/2020-2/6/2020

Last 4 digits of account number   3 3 7 3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$   52,650.00

---

**3.224** Nonpriority creditor's name and mailing address

RAYMOND STORAGE CONCEPTS

5480 CREEK ROAD

CINCINNATI, OH 45242

Date or dates debt was incurred   11/24/2020-9/1/2022

Last 4 digits of account number   0 1 7 3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$   7,530.33

---

**3.225** Nonpriority creditor's name and mailing address

Ref Leasing

245 E North Ave

Carol Stream, IL 60188

Date or dates debt was incurred   9/1/2022

Last 4 digits of account number   0 8 1 5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$   18,750.00

---

**3.226** Nonpriority creditor's name and mailing address

Remote CNC Services, LLC

198 Giles Lane

Gallatin, TN 37066

Date or dates debt was incurred   5/27/2021

Last 4 digits of account number   7 0 1 7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$   2,625.00

---

Debtor    **Old LW, LLC**
       Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.227** **Nonpriority creditor's name and mailing address**

RENU INDUSTRIAL TIRE

134 ROME STREET

FARMINGDALE, NY 11735

Date or dates debt was incurred     3/5/2021-3/1/2022

Last 4 digits of account number    6 _ 5 _ 2 _ 4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**   Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 627.00

---

**3.228** **Nonpriority creditor's name and mailing address**

REPORTS NOW INC

5299 DTC BLVD. SUITE 760

GREENWOOD VILLAGE, CO 80111

Date or dates debt was incurred     5/6/2020

Last 4 digits of account number    3 _ 7 _ 4 _ 6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.229** **Nonpriority creditor's name and mailing address**

Robinson Inc

1740 Eisenhower Road

DePere, WI 54115

Date or dates debt was incurred     12/8/2021

Last 4 digits of account number    3 _ 7 _ 7 _ 8

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,353.51

---

**3.230** **Nonpriority creditor's name and mailing address**

Rosmini Graphic Supply Corp

1375 Bangor Street

Copiague, NY 11726

Date or dates debt was incurred     2/15/2021-7/6/2021

Last 4 digits of account number    7 _ 2 _ 4 _ 0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,267.00

---

**3.231** **Nonpriority creditor's name and mailing address**

ROTO-DIE COMPANY

P.O. BOX 6354

CAROL STREAM, IL 60197

Date or dates debt was incurred     7/30/2020-12/7/2022

Last 4 digits of account number    6 _ 5 _ 3 _ 4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 127.00

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.232** Nonpriority creditor's name and mailing address

Rustoleum

2628 Pearl Road

Medina, OH 44258

Date or dates debt was incurred    4/30/2020-9/8/2022

Last 4 digits of account number    3 6 1 6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 125,204.53

---

**3.233** Nonpriority creditor's name and mailing address

SAFETY SERVICES AND CONSULTING LLC

201 S BLAKELY ST # 350

DUNMORE, PA 18512

Date or dates debt was incurred    10/15/2020

Last 4 digits of account number    6 8 0 6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,866.00

---

**3.234** Nonpriority creditor's name and mailing address

Sanjay Pallets Inc.

424 Coster Street

Bronx, NY 10474

Date or dates debt was incurred    12/9/2020-4/27/2021

Last 4 digits of account number    0 4 5 0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 6,724.90

---

**3.235** Nonpriority creditor's name and mailing address

Seals and Labels Inc.

2002 TIMBERLOCH PLACE, SUITE 200

THE WOODLANDS, TX 77380

Date or dates debt was incurred    6/4/2021

Last 4 digits of account number    7 6 9 4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 16.96

---

**3.236** Nonpriority creditor's name and mailing address

SEPPIC, INC.

P.O BOX 9464

NEW YORK, NY 10087

Date or dates debt was incurred    3/14/2020-12/14/2022

Last 4 digits of account number    3 4 6 7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,511.15

---

| Debtor | Old LW, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.237** Nonpriority creditor's name and mailing address

Service Lighting and Electrical Supplies

2140 Merritt Drive

Garland, TX 75041

**Date or dates debt was incurred**    9/1/2022

**Last 4 digits of account number**    7  5  7  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 203.52

---

**3.238** Nonpriority creditor's name and mailing address

SERVOTECH INC

478 TIMBER RIDGE RD

MIDDLETOWN, CT 06457

**Date or dates debt was incurred**    1/19/2021

**Last 4 digits of account number**    5  4  4  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,047.80

---

**3.239** Nonpriority creditor's name and mailing address

Sexton Industrial, Inc

366 Circle Freeway

Cincinnati, OH 45246

**Date or dates debt was incurred**    9/1/2022

**Last 4 digits of account number**    0  7  1  4

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,314.00

---

**3.240** Nonpriority creditor's name and mailing address

SHELL CHEMICAL LP

P.O. Box 915020

Dallas, TX 75391

**Date or dates debt was incurred**    4/26/2022

**Last 4 digits of account number**    1  5  2  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,262.21

---

**3.241** Nonpriority creditor's name and mailing address

SIGMA EQUIPMENT

3001 MAXX ROAD

EVANSVILLE, IN 47711

**Date or dates debt was incurred**    1/23/2020-6/1/2020

**Last 4 digits of account number**    6  5  8  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**    Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,362.00

---

| Debtor | Old LW, LLC | | Case number (if known) _____ |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242** Nonpriority creditor's name and mailing address

SILGAN DISPENSING SYSTEMS CORPORATION

P.O. BOX 74008971

Chicago, IL 60674

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    7/29/2020

Last 4 digits of account number    0  7  2  3

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 963.00

---

**3.243** Nonpriority creditor's name and mailing address

Sinkotechusa

2450 Atlanta Highway, Suite  204

Cumming, GA 30040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    9/15/2020-10/14/2022

Last 4 digits of account number    0  4  8  2

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,051.00

---

**3.244** Nonpriority creditor's name and mailing address

Sixto Packaging

13301 NW 38th Ct

Opa-locka, FL 33054

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    11/17/2020-1/19/2021

Last 4 digits of account number    0  7  0  5

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,278.80

---

**3.245** Nonpriority creditor's name and mailing address

SMYTH COMPANIES LLC

NW 9556, P.O. BOX 1450

MINNEAPOLIS, MN 55485

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    3/9/2021-12/16/2022

Last 4 digits of account number    3  3  3  0

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 269.07

---

**3.246** Nonpriority creditor's name and mailing address

SONIC

1 RESEARCH DRIVE

STRATFORD, CT 06615

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    4/28/2020

Last 4 digits of account number    6  5  8  8

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 129,858.00

---

Debtor    Old LW, LLC
_____    Case number (if known) _____
          Name

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.247** Nonpriority creditor's name and mailing address

Spartan Supply Co Inc

942 Old State Route 122
Lebanon, OH 45036

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 468.00

Basis for the claim: Vendor Contract

Date or dates debt was incurred    4/22/2021-2/24/2022
Last 4 digits of account number    0   7   9   0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.248** Nonpriority creditor's name and mailing address

Specialty Adhesives & Coatings, Inc.

PO BOX 18445
Memphis, TN 38181

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5.25

Basis for the claim: Vendor Contract

Date or dates debt was incurred    9/1/2022
Last 4 digits of account number    4   4   7   8

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.249** Nonpriority creditor's name and mailing address

Stafford Associates Inc

21 Bennetts Road, Suite 200
East Setauket, NY 11733

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,058.79

Basis for the claim: Vendor Contract

Date or dates debt was incurred    6/5/2020-4/30/2021
Last 4 digits of account number    0   5   0   0

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.250** Nonpriority creditor's name and mailing address

STILE LOGISTICS LTD

181 SOUTH FRANKLIN AVE 4TH FL
Valley Stream, NY 11581

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,721.00

Basis for the claim: Vendor Contract

Date or dates debt was incurred    4/7/2020-8/16/2021
Last 4 digits of account number    2   2   8   5

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.251** Nonpriority creditor's name and mailing address

Summit Toyotalift Inc

11 Defco Park Road
North Haven, CT 06473

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 182.17

Basis for the claim: Vendor Contract

Date or dates debt was incurred    12/21/2020-12/22/2021
Last 4 digits of account number    0   5   2   5

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Old LW, LLC
_____
Name

Case number (if known)_____

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.252**

**Nonpriority creditor's name and mailing address**
Suominen Bethune, SC

500 Chestnut Street

Bethune, SC 29009

Date or dates debt was incurred    1/28/2021

Last 4 digits of account number    7  1  8  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2.13

---

**3.253**

**Nonpriority creditor's name and mailing address**
Superior Environmental Solutions LLC

9996 Joseph James Drive

Cincinnati, OH 45246

Date or dates debt was incurred    1/28/2021

Last 4 digits of account number    7  6  5  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,932.00

---

**3.254**

**Nonpriority creditor's name and mailing address**
SURKAMP & ROWE, INC

810 EASTGATE NORTH DRIVE, Suite 200

CINCINNATI, OH 45245

Date or dates debt was incurred    5/10/2022

Last 4 digits of account number    9  1  4  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,928.00

---

**3.255**

**Nonpriority creditor's name and mailing address**
SUSAN GERSON

46 OAKDALE LANE

ROSLYN HEIGHTS, NY 11577

Date or dates debt was incurred    2/3/2020

Last 4 digits of account number    6  6  1  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,500.00

---

**3.256**

**Nonpriority creditor's name and mailing address**
Teknoweb Na LLC

506-B Plantation Park Drive

Loganville, GA 30052

Date or dates debt was incurred    1/8/2020-12/8/2022

Last 4 digits of account number    0  5  3  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 17,334.00

---

| Debtor | Old LW, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.257** Nonpriority creditor's name and mailing address
Terillium

201 East 5th Street, Suite 2700
Cincinnati, OH 45202

Date or dates debt was incurred    9/22/2020-4/20/2022
Last 4 digits of account number    3  6  9  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,800.00

---

**3.258** Nonpriority creditor's name and mailing address
THE CARY COMPANY

1195 W FULLERTON AVE
ADDISON, IL 60101

Date or dates debt was incurred    10/19/2020
Last 4 digits of account number    5  1  8  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 345.00

---

**3.259** Nonpriority creditor's name and mailing address
THE KNOTTS COMPANY INC

350 SNYDER AVE
BERKLEY HEIGHTS, NJ 07922

Date or dates debt was incurred    6/4/2021-12/19/2022
Last 4 digits of account number    6  3  4  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 535.16

---

**3.260** Nonpriority creditor's name and mailing address
The Korex Corporation

P.O. Box 930339
Wixom, MI 48393

Date or dates debt was incurred    2/11/2020-10/26/2020
Last 4 digits of account number    0  7  5  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,361.52

---

**3.261** Nonpriority creditor's name and mailing address
THE WEBSTAURANT STORE INC

40 CITATION LN
LITITZ, PA 17543

Date or dates debt was incurred    9/28/2020
Last 4 digits of account number    7  0  3  9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,537.64

---

| Debtor | Old LW, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.262**

**Nonpriority creditor's name and mailing address**
Thomas Scientific

1654 High Hill Road
Swedesboro, NJ 08085

Date or dates debt was incurred    6/26/2020-8/31/2021
Last 4 digits of account number    0  5  4  3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,150.37

---

**3.263**

**Nonpriority creditor's name and mailing address**
Topco Associates LLC

PO Box 96002
Chicago, IL 60693

Date or dates debt was incurred    12/14/2020
Last 4 digits of account number    2  6  7  7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,400.00

---

**3.264**

**Nonpriority creditor's name and mailing address**
TOTAL MACHINE SOLUTIONS INC

P.O. Box 799
PLAINVIEW, NY 11083

Date or dates debt was incurred    10/26/2020
Last 4 digits of account number    0  5  4  8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 500.00

---

**3.265**

**Nonpriority creditor's name and mailing address**
TRI STATE CAMERA EXCHANGE INC

150 SULLIVAN ST
BROOKLYN, NY 11231

Date or dates debt was incurred    6/30/2020
Last 4 digits of account number    6  8  2  7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,596.00

---

**3.266**

**Nonpriority creditor's name and mailing address**
Tri Weld Industries, Inc.

65 South 2nd Street
Bay Shore, NY 11706

Date or dates debt was incurred    1/16/2020-9/23/2022
Last 4 digits of account number    0  5  5  9

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 815.06

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267** Nonpriority creditor's name and mailing address

Tri-Lift, Inc.

P.O. Box 120247
East Haven, CT 06512

Date or dates debt was incurred    1/16/2020-9/23/2022

Last 4 digits of account number    0  5  5  7

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,515.22

---

**3.268** Nonpriority creditor's name and mailing address

Trio Packaging Corp.

200 Trade Zone Drive
Ronkonkoma, NY 11779

Date or dates debt was incurred    8/11/2020

Last 4 digits of account number    0  5  5  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 335.60

---

**3.269** Nonpriority creditor's name and mailing address

TRIPACK

401 MILFORD PARKWAY
MILFORD, OH 45150

Date or dates debt was incurred    5/24/2021

Last 4 digits of account number    0  2  1  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 68.12

---

**3.270** Nonpriority creditor's name and mailing address

TURTLE & HUGHES INC.

1900 LOWER ROAD
LINDEN, NJ 07036

Date or dates debt was incurred    1/8/2020-11/7/2022

Last 4 digits of account number    1  8  7  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,074.87

---

**3.271** Nonpriority creditor's name and mailing address

UDMC Weldtek

301 Meyer Road
Buffalo, NY 14224

Date or dates debt was incurred    1/10/2020

Last 4 digits of account number    0  5  6  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 15,092.60

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.272** Nonpriority creditor's name and mailing address
Uline Inc.

P.O. BOX 88741

Chicago, IL 60680

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 76,389.22

Date or dates debt was incurred   1/10/2020-9/1/2022
Last 4 digits of account number   0  5  6  3

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.273** Nonpriority creditor's name and mailing address
UNITED FOOD AND BEVERAGE

PO Box 3559

Hickorry, NY 28603

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 6,500.00

Date or dates debt was incurred   2/12/2020-3/31/2020
Last 4 digits of account number   4  8  3  0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.274** Nonpriority creditor's name and mailing address
United Heating & Air Conditioning Inc

180 Import Rd.

Pittston Twp., PA 18640

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 230.00

Date or dates debt was incurred   1/15/2020
Last 4 digits of account number   4  9  8  5

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.275** Nonpriority creditor's name and mailing address
UNITED SILICONE

4471 WALDEN AVENUE

LANCASTER, NY 14086

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 495.00

Date or dates debt was incurred   8/18/2020
Last 4 digits of account number   6  6  5  8

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.276** Nonpriority creditor's name and mailing address
Univar USA Inc

13009 Collections Ctr Dr

Chicago, IL 60693

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 2.21

Date or dates debt was incurred   3/22/2021
Last 4 digits of account number   0  7  9  8

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Old LW, LLC | | Case number (if known) _____ |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277**

**Nonpriority creditor's name and mailing address**
US Industrial Solutions LLC

2 Root Avenue

Central Islip, NY 11722

Date or dates debt was incurred    3/31/2021-11/1/2021

Last 4 digits of account number    7  7  5  4

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 421.10

---

**3.278**

**Nonpriority creditor's name and mailing address**
Utah Dept Of Agriculture And Food

4315 S 2700 W 2nd Floor, Suite 2200

Taylorsville, UT 84129

Date or dates debt was incurred    4/6/2021

Last 4 digits of account number    0  5  7  6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** State Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,095.00

---

**3.279**

**Nonpriority creditor's name and mailing address**
VALLEY GRINDING & MANUFACTURING INC

PO Box 246

Little Chute, WI 54140

Date or dates debt was incurred    4/11/2022

Last 4 digits of account number    9  1  3  0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4.95

---

**3.280**

**Nonpriority creditor's name and mailing address**
VALWORX INC.

18636 NORTHLINE DRIVE

CORNELIOUS, NC 28031

Date or dates debt was incurred    5/18/2022-3/5/2021

Last 4 digits of account number    6  7  6  3

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30,297.84

---

**3.281**

**Nonpriority creditor's name and mailing address**
VANAIRE

10141 BUNSEN WAY

LOUISVILLE, KY 40299

Date or dates debt was incurred    9/1/2022

Last 4 digits of account number    3  1  0  8

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27,000.00

---

Debtor   **Old LW, LLC**
Name _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.282**

**Nonpriority creditor's name and mailing address**

Vi-cas Manufacturing Co Inc

8407 Monroe Avenue
Cincinnati, OH 45236

Date or dates debt was incurred: 1/3/2020-9/1/2022
Last 4 digits of account number: 2 4 0 1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,265.55

---

**3.283**

**Nonpriority creditor's name and mailing address**

Videojet Technologies Inc

12113 Collection Center Dr
Chicago, IL 60693

Date or dates debt was incurred: 1/10/2020-12/19/2022
Last 4 digits of account number: 0 5 9 2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,501.97

---

**3.284**

**Nonpriority creditor's name and mailing address**

WB Mason Co Inc

P.O. Box 981101
Boston, MA 02298

Date or dates debt was incurred: 4/2/2021-6/29/2022
Last 4 digits of account number: 0 6 0 0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 319.01

---

**3.285**

**Nonpriority creditor's name and mailing address**

WEST ROCK

14079 COLLECTIONS CENTER DR
Chicago, IL 60693

Date or dates debt was incurred: 6/10/2020
Last 4 digits of account number: 6 7 5 2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 3,408.60

---

**3.286**

**Nonpriority creditor's name and mailing address**

WEXFORD LABS. INC

325 LEFFINGWELL AVENUE
KIRKWOOD, MO 63122

Date or dates debt was incurred: 2/22/2021-3/22/2021
Last 4 digits of account number: 7 0 9 7

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,750.00

---

Debtor    Old LW, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.287** Nonpriority creditor's name and mailing address

WINOLA EXCAVATION AND EQUIPMENT SALES

64 BENSON HOLLOW LN

TUNKHANNOCK, PA 18657

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 13,550.00

Date or dates debt was incurred    4/7/2020

Last 4 digits of account number    4 9 3 3

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.288** Nonpriority creditor's name and mailing address

Worldwide Cargo Services

181 East Jamaica Ave

Valley Stream, NY 11580

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 7,735.00

Date or dates debt was incurred    2/16/2021

Last 4 digits of account number    7 2 1 0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.289** Nonpriority creditor's name and mailing address

WS Packaging Group Inc

PO BOX 74007320

Chicago, IL 60674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 11.13

Date or dates debt was incurred    3/18/2022

Last 4 digits of account number    0 8 0 6

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.290** Nonpriority creditor's name and mailing address

Yarde Metals, Inc.

45 Newell Street

Southington, CT 06489

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 305.74

Date or dates debt was incurred    4/6/2020

Last 4 digits of account number    0 6 1 3

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.291** Nonpriority creditor's name and mailing address

Zajac LLC

92 Industrial Park Road

Saco, ME 04072

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 3,580.50

Date or dates debt was incurred    4/6/2020-9/3/2020

Last 4 digits of account number    0 6 1 4

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Old LW, LLC
         Name _____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292**

**Nonpriority creditor's name and mailing address**
445 Melville LLC

445 Broadhallow Rd.
Melville, NY 11747

Date or dates debt was incurred
Last 4 digits of account number    6  7  9  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Lease Agreement

Is the claim subject to offset?
☑ No
☐ Yes

$ 74,382.14

---

**3.293**

**Nonpriority creditor's name and mailing address**
460 Research Drive LLC

100 Baltimore Drive East Mountain Corporate Center
Wilkes-Barre, PA 18702

Date or dates debt was incurred
Last 4 digits of account number    8  9  8  6

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease Agreement

Is the claim subject to offset?
☑ No
☐ Yes

$ 266,326.47

---

**3.294**

**Nonpriority creditor's name and mailing address**
Avi Food Systems Inc

2590 Elm Rd NE
Warren, OH 44483

Date or dates debt was incurred
Last 4 digits of account number    0  2  3  3

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 360.76

---

**3.295**

**Nonpriority creditor's name and mailing address**
Newark

P.O. Box 94151
Palatine, IL 60094

Date or dates debt was incurred    8/26/2020
Last 4 digits of account number    1  7  9  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 171.94

---

**3.296**

**Nonpriority creditor's name and mailing address**
Duke Energy ( Act # 24-9)

P.O. Box 1327
Charlotte, NC 28201

Date or dates debt was incurred
Last 4 digits of account number    0  2  2  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 43.49

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.297**

**Nonpriority creditor's name and mailing address**
Thomas Landscape Management LLC

879 Exeter Ave

Exeter, PA 18643-1212

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 7 2 3 6

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,976.50

**3.298**

**Nonpriority creditor's name and mailing address**
Stepan Company

21 Bennets Rd Ste 200

East Setauket, NY 11733

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Date or dates debt was incurred** _____

**Last 4 digits of account number** 1 5 3 6

**Is the claim subject to offset?**
☑ No
☐ Yes

$ (42, 275.94)

**3.299**

**Nonpriority creditor's name and mailing address**
The Kennedy Group Pensacola

P.O. Box 932747

Cleveland, OH 44993

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Date or dates debt was incurred** 3/7/2019

**Last 4 digits of account number** 0 7 5 8

**Is the claim subject to offset?**
☑ No
☐ Yes

$ (991.27)

**3.300**

**Nonpriority creditor's name and mailing address**
USN Production

100 Emjay Blvd

Brentwood, NY 11717

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Date or dates debt was incurred** 9/10/2020-6/30/2022

**Last 4 digits of account number** 2 0 8 2

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 353.92

**3.301**

**Nonpriority creditor's name and mailing address**
_____

_____

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor   Old LW, LLC
         Name                                              Case number *(if known)*_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.302**

Nonpriority creditor's name and mailing address

Glendenning Brothers Inc.

P.O. Box 243

Stillman Valley, IL 61084

Date or dates debt was incurred

Last 4 digits of account number    4  3  7  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 11,000.00

---

**3.303**

Nonpriority creditor's name and mailing address

Capacity Crew Logistics

1018 Main St Unit 1

Evanston, IL 60602

Date or dates debt was incurred

Last 4 digits of account number    7  6  1  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 67,555.35

---

**3.304**

Nonpriority creditor's name and mailing address

WYM Logistics LLC

P.O. Box 248920

Oklahoma City, OK 73124-8920

Date or dates debt was incurred

Last 4 digits of account number    9  1  0  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,727.14

---

**3.305**

Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.306**

Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

| | |
|---|---|
| Debtor | Old LW, LLC |
| | Name |
| | Case number (if known) _____ |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307** | Nonpriority creditor's name and mailing address

SBC Brokerage Consulting

106 Dana Highlands Ct
Danville, CA 94506

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

$ 3,000.00

Date or dates debt was incurred    11/1/2022
Last 4 digits of account number    5  5  7  3

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address

Schaedler Yesco Distribution Inc

3982 Paxton Street
Harrisburg, PA 17111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 2,227.58

Date or dates debt was incurred    12/1/2022
Last 4 digits of account number    7  4  7  8

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address

SD1 (Act 002)

1045 Eaton Dr
Ft Wright, KY 41017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 585.86

Date or dates debt was incurred    12/28/2022
Last 4 digits of account number    2  0  3  7

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address

SD1 (005)

1045 Eaton Dr
Ft Wright, KY 41017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 1,148.15

Date or dates debt was incurred    12/28/2022
Last 4 digits of account number    2  0  3  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address

SD1 (006)

1045 Eaton Dr
Ft Wright, KY 41017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

$ 178.78

Date or dates debt was incurred    12/28/2022
Last 4 digits of account number    0  7  8  6

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Old LW, LLC
_____
Name

Case number (if known)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.312  **Nonpriority creditor's name and mailing address**

Selcuk Iplik San Ve Ticaret AS

2 Organize Sanayi Bolgesi 83221 No: 6

8 Sehitkamil Gaziantep 27060, Turkey

Date or dates debt was incurred    12/18/2018-12/21/2021

Last 4 digits of account number    6  5  6  1

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ (2,716.67)

---

3.313  **Nonpriority creditor's name and mailing address**

Shanghai Taiyu Packaging Products Co

No. 1068 Chonggu Town Street Rd

Qingpu District, Shanghai, 201706, China

Date or dates debt was incurred    8/8/2022

Last 4 digits of account number    0  4  7  2

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 101,573.64

---

3.314  **Nonpriority creditor's name and mailing address**

Smiusa Inc

POB 896530

Charlotte, NC 28289

Date or dates debt was incurred    6/23/2023-12/22/2022

Last 4 digits of account number    2  6  2  6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,102.56

---

3.315  **Nonpriority creditor's name and mailing address**

Southeast Regulatory

1329 Burdett Rd

Grandview, TN

Date or dates debt was incurred    12/26/2022

Last 4 digits of account number    0  4  9  0

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 7,917

---

3.316  **Nonpriority creditor's name and mailing address**

Suzhou Lucky Time Pack Material Co LTD

1109 East China Intl Mansion No 2

Binhe Rd, Zhangjiagang, China

Date or dates debt was incurred    4/20/2020

Last 4 digits of account number    6  6  1  6

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ (21,597.31)

---

Debtor    Old LW, LLC
_____
Name

Case number *(if known)* _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.317**

**Nonpriority creditor's name and mailing address**

Tadbik NJ Inc

17 Madison Rd

Fairfield, NJ 07004

Date or dates debt was incurred    12/27/2021

Last 4 digits of account number    0  5  3  1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ (816.00)

---

**3.318**

**Nonpriority creditor's name and mailing address**

Topseller Chemicals Company LTD

No 168 Beima South Rd

Longkou, Yantai, Shandong, China

Date or dates debt was incurred    2/18/2021

Last 4 digits of account number    3  1  5  0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 22,853.72

---

**3.319**

**Nonpriority creditor's name and mailing address**

UGI Penn Natural Gas

POB 15503

Wilmington, DE 19886

Date or dates debt was incurred    12/20/2022

Last 4 digits of account number    3  3  0  2

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,369.38

---

**3.320**

**Nonpriority creditor's name and mailing address**

US Bottlers

POB 7203

Charlotte, NC 28241

Date or dates debt was incurred    1/10/2020-9/1/2022

Last 4 digits of account number    0  7  9  9

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6161.78

---

**3.321**

**Nonpriority creditor's name and mailing address**

Valley Pest Control Management

46 N River St

Plains, PA 18705

Date or dates debt was incurred    12/9/2022

Last 4 digits of account number    3  6  8  6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 238.50

---

| Debtor | Old LW, LLC | |
|---|---|---|
| | Name | |

Case number (if known) _____

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.322** Nonpriority creditor's name and mailing address

VLS Recovery Services

1076 Old Manheim Pike

Lancaster, PA 17601

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ 26,185.58

Date or dates debt was incurred    11/29/2022

Last 4 digits of account number   4  5  0  7

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.323** Nonpriority creditor's name and mailing address

Waste Management of Pennslyvania Inc

1001 Fanning Ste 400

Houston, TX

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 4,770.26

Date or dates debt was incurred    12/1/2022

Last 4 digits of account number   7  0  7  3

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.324** Nonpriority creditor's name and mailing address

Wenzhou Chunlai

Binhai 2nd Rd, Yongxing Street

Longwan District, Wenzhou, China

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ (1,888.12)

Date or dates debt was incurred    12/27/2021

Last 4 digits of account number   6  8  5  5

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.325** Nonpriority creditor's name and mailing address

Werner Logistics

39357 Treasury Center

Chicago, IL 60694

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 17,463.83

Date or dates debt was incurred    8/29/2022

Last 4 digits of account number   2  5  3  1

Is the claim subject to offset?
- ☐ No
- ☐ Yes

---

**3.326** Nonpriority creditor's name and mailing address

Wilkins Geddes Beaudet Inc

10 Huron Dr

Natick, MA 01760

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

$ 20,107.69

Date or dates debt was incurred    10/31/2022-11/30/2022

Last 4 digits of account number   0  6  0  8

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    Old LW, LLC
Name

Case number *(if known)*_____

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.327** Nonpriority creditor's name and mailing address

Zhejiang Joyo Nonwovens Co

No 11 Tianmu Rd

Zhejiang, Shaoxing City, China

Date or dates debt was incurred    6/23/2020-11/2/2020

Last 4 digits of account number    0  4  7  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,460.99

---

**3.328** Nonpriority creditor's name and mailing address

Alpha Bulk Logistics

PO Box 160

St John, IN 46373

Date or dates debt was incurred    9/25/2018

Last 4 digits of account number    2  7  0  5

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 274,440.60

---

**3.329** Nonpriority creditor's name and mailing address

Aldi

1200 N Kirk Rd

Batavia, IL 60510

Date or dates debt was incurred    12/14/2020

Last 4 digits of account number    4  7  9  6

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 600.00

---

**3.330** Nonpriority creditor's name and mailing address

All Environmental Services

1070 Middle Country Rd

Selden, NY 11784

Date or dates debt was incurred    6/7/2019

Last 4 digits of account number    0  0  2  2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 5,566.17

---

**3.331** Nonpriority creditor's name and mailing address

Amcor Flexibles UK LTD

83 Tower Road North

Bristol, UK BS308XP

Date or dates debt was incurred    12/7/2018/12/15/2022

Last 4 digits of account number    3  3  3  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 71,554.35

---

Debtor    Old LW, LLC
_____
Name

Case number (if known) _____

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.332** Nonpriority creditor's name and mailing address

Aptargroup Inc

65 N Inudstry Court

Deer Park, NY 11729

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

$ (294.00)

Date or dates debt was incurred    3/5/2020
Last 4 digits of account number    2 0 6 3

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.333** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.334** Nonpriority creditor's name and mailing address

Ashland Inc

PO Box 116022

Atlanta, GA 30368-6022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 34,105.50

Date or dates debt was incurred    11/25/2019-2/25/2020
Last 4 digits of account number    3 4 0 9

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.335** Nonpriority creditor's name and mailing address

Belmark Inc

600 Heritage Rd

De Pere, WI 54115

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 250.00

Date or dates debt was incurred    3/6/2019
Last 4 digits of account number    0 0 6 0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.336** Nonpriority creditor's name and mailing address

Casestack LLC

2000 Clearwater Dr

Oak Brook, IL 60523

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

$ 19,227.37

Date or dates debt was incurred    8/5/2020
Last 4 digits of account number    0 0 9 3

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Old LW, LLC | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.337**

Nonpriority creditor's name and mailing address

Commonwealth of MA

436 Dwight St Suite 312

Springfield, MA 01103

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Government Contract

Date or dates debt was incurred   2/25/2020

Last 4 digits of account number   0  1  1  2

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 300.00

**3.338**

Nonpriority creditor's name and mailing address

Connecticut Dept of Environmental Protection

79 Elt St

Hartford, CT 06106

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Government Contract

Date or dates debt was incurred   10/1/2020

Last 4 digits of account number   0  1  1  5

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 752.00

**3.339**

Nonpriority creditor's name and mailing address

Container Corporation of Canada

68 Leek Crescent

Richmond Hill, ON, L4B 1H1, Canada

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   6/29/2021

Last 4 digits of account number   7  8  9  8

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ (849.60)

**3.340**

Nonpriority creditor's name and mailing address

CQ Solutions

54504 Craig

Chapel Hill, NC 27517

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   7/24/2020

Last 4 digits of account number   1  5  3  9

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 33,275.91

**3.341**

Nonpriority creditor's name and mailing address

Croda Inc

PO Box 416595

Boston, MA 02241

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   12/1/2019-11/29/2022

Last 4 digits of account number   0  1  2  3

Is the claim subject to offset?
- ☐ No
- ☐ Yes

$ 18,115.10

| Debtor | Old LW, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** Nonpriority creditor's name and mailing address
Evonik Corporation (J&J)

PO Box 34628
Richmond, VA 23234

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    7/5/2019-4/28/2022
Last 4 digits of account number    3  3  4  0

Is the claim subject to offset?
☑ No
☐ Yes

$ 68,375.54

---

**3.343** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

---

**3.344** Nonpriority creditor's name and mailing address
Fidenza Plastica Srl

Via Martiri Della Carole 21
43036 Fidenza, Parma, Italy

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    10/9/2020
Last 4 digits of account number    3  4  3  8

Is the claim subject to offset?
☑ No
☐ Yes

$ 59,638.77

---

**3.345** Nonpriority creditor's name and mailing address
Giaquinto Masonry Inc

429 Carlls Path
Deer Park, NY 11729-3715

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    11/12/2020
Last 4 digits of account number    7  0  0  4

Is the claim subject to offset?
☑ No
☐ Yes

$ 2,000.00

---

**3.346** Nonpriority creditor's name and mailing address
GS1 Canada

PO Box 4238 Postal Station A MSW5W6
Toronto, Ontario, Canada

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor Contract

Date or dates debt was incurred    11/15/2020
Last 4 digits of account number    0  2  0  0

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,229.63

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.347** Nonpriority creditor's name and mailing address

Idaho State Dept of Agriculture

2270 Old Penitentiary Rd

Boise, ID 83712

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

$ 2,080.00

Basis for the claim: Government Contract

Date or dates debt was incurred   4/6/2021

Last 4 digits of account number   0 2 2 6

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.348** Nonpriority creditor's name and mailing address

Illinois Dept of Agriculture

801 E Sangamon Ave

Springfield, IL

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 600.00

Basis for the claim: Government Contract

Date or dates debt was incurred   6/11/2021

Last 4 digits of account number   0 2 2 8

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.349** Nonpriority creditor's name and mailing address

Kansas Dept of Agriculture

900 SW Jackson Room 456

Topeka, KS 66612

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,750.00

Basis for the claim: Government Contract

Date or dates debt was incurred   5/4/2021

Last 4 digits of account number   0 2 6 1

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.350** Nonpriority creditor's name and mailing address

Kentucky State Treasurer

1050 US Highway 127 S Suite 100

Frankfort, KY 40601

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 250.00

Basis for the claim: Government Contract

Date or dates debt was incurred   12/14/2020

Last 4 digits of account number   0 2 6 7

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.351** Nonpriority creditor's name and mailing address

Kroger Company

1014 Vine St

Cincinnati, OH, 45202

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

$ 1,200.00

Basis for the claim: Vendor Contract

Date or dates debt was incurred   12/14/2020

Last 4 digits of account number   4 8 0 4

Is the claim subject to offset?
- [x] No
- [ ] Yes

| Debtor | Old LW, LLC | Case number (if known) |
|--------|-------------|------------------------|
|        | Name        |                        |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.352**

Nonpriority creditor's name and mailing address

Louisiana Dept of Agriculture & Forestry

5825 Florida Blvd Suite 4002

Baton Rouge, LA 70806

Date or dates debt was incurred   12/14/2020

Last 4 digits of account number   0  3  1  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Government Contract

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,600.00

---

**3.353**

Nonpriority creditor's name and mailing address

Mid-Continent Packaging Inc

1200 North 54th St

Enid, OK 73701

Date or dates debt was incurred   10/19/2020

Last 4 digits of account number   0  3  3  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☐ No
☐ Yes

$ (6,138,73)

---

**3.354**

Nonpriority creditor's name and mailing address

Montana Dept of Agriculture

302 N Roberts St

Helena, MT 56901

Date or dates debt was incurred   12/14/2020

Last 4 digits of account number   0  3  4  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 466.00

---

**3.355**

Nonpriority creditor's name and mailing address

National Bulk Equipment Inc

16278 Collections Drive

Chicago, IL 60693

Date or dates debt was incurred   1/29/2021

Last 4 digits of account number   7  2  1  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 71,182.00

---

**3.356**

Nonpriority creditor's name and mailing address

Ohio Dept of Agriculture

8995 E Main St

Reynoldsburg, OH 43068

Date or dates debt was incurred   4/6/2021

Last 4 digits of account number   0  3  7  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Government Contract

Is the claim subject to offset?
☑ No
☐ Yes

$ 750.00

---

| Debtor | Old LW, LLC | |
|---|---|---|
| | Name | Case number *(if known)* |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.357** Nonpriority creditor's name and mailing address
Packaging Systems Integration

2806 Gray Fox Rd
Monroe, NC 28110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   12/10/2019
Last 4 digits of account number   3 6 5 4

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,122.49

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred   _____
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
No
Yes

$ _____

**3.358** Nonpriority creditor's name and mailing address
Prime Process Equipment LLC

101 Industrial Rd
Berkeley Heights, NJ 07922

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   3/3/2019
Last 4 digits of account number   6 4 9 1

Is the claim subject to offset?
☑ No
☐ Yes

$ 64.70

**3.359** Nonpriority creditor's name and mailing address
Publix Supermarkets

3300 Publix Corporate Pkwy
Lakeland, FL 33801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   12/14/2020
Last 4 digits of account number   4 9 7 2

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,200.00

**3.360** Nonpriority creditor's name and mailing address
Zhejiang Kingsafe Nonwoven Fabric Co

68 Luhui Road, Taihu City Changxing County
Huzhou City, Zhejiang, China

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Date or dates debt was incurred   _____
Last 4 digits of account number   0 6 1 5

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,148,186.88

| Debtor | Old LW, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.361** Nonpriority creditor's name and mailing address
South Dakota Dept of Agriculture

523 E Capitol Ave
Pierre, SD 57501

Date or dates debt was incurred    2/202/201
Last 4 digits of account number    0  4  9  2

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Government Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 1,920.00

**3.362** Nonpriority creditor's name and mailing address
Sparks Belting Company

PO Box 772218
Detriot, MI 48277-2218

Date or dates debt was incurred    12/6/2019-2/10/2020
Last 4 digits of account number    0  4  9  4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 566.74

**3.363** Nonpriority creditor's name and mailing address
Spectrum Chemical MFG Corp

POB 740894
Los Angeles, CA 90074-0894

Date or dates debt was incurred    6/11/2020-7/6/2022
Last 4 digits of account number    1  7  9  6

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 62.37

**3.364** Nonpriority creditor's name and mailing address
Stearinerie Dubois

696 Rue Yves Kermen
92100 Boulogne-Billancourt, France

Date or dates debt was incurred    11/30/2018-3/16/2020
Last 4 digits of account number    3  3  5  1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 22,703.24

**3.365** Nonpriority creditor's name and mailing address
Teknoweb Converting SRL

Via dei Salici 7
26020 Palazzo Pigano CR, Italy

Date or dates debt was incurred    9/18/2020
Last 4 digits of account number    6  6  2  4

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$ 150.00

Debtor    Old LW, LLC
          Name

Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.366** Nonpriority creditor's name and mailing address

3V Sigma USA

888 Woodstock St
Georgetown, SC 29440

Date or dates debt was incurred    8/16/2021

Last 4 digits of account number    1  6  0  8

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 56.25

---

**3.367** Nonpriority creditor's name and mailing address

A&S Electric Supply Inc

5 Coordinator Dr
Erlanger, KY 41018

Date or dates debt was incurred    3/31/2020

Last 4 digits of account number    0  2  0  0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 42.95

---

**3.368** Nonpriority creditor's name and mailing address

ABX Innovative Packaging Solutions

PO Box 69339
Baltimore, MD 21264-9339

Date or dates debt was incurred    1/16/2021-11/18/2022

Last 4 digits of account number    0  4  1  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,250.00

---

**3.369** Nonpriority creditor's name and mailing address

Accredo Packaging Inc

PO Box 95212
Grapevine, TX 76099-9752

Date or dates debt was incurred    9/22/2020-2/17/2022

Last 4 digits of account number    6  0  8  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 10,678.94

---

**3.370** Nonpriority creditor's name and mailing address

Accutec Blades

PO Box 734867
Chicago, IL 60673

Date or dates debt was incurred    2/3/2021

Last 4 digits of account number    6  0  9  5

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor Contract

Is the claim subject to offset?
☒ No
☐ Yes

$ 676.92

---

Debtor    Old LW, LLC
          _____    Case number *(if known)*_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ❑ Not listed. Explain _____ | __ __ __ __ |

Debtor     Old LW, LLC

Name

Case number *(if known)*_____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 5,138,150.38 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 5,138,150.38 |

**Fill in this information to identify the case:**

Debtor name ___Old LW, LLC___

United States Bankruptcy Court for the:_____ District of ___Delaware___
(State)

Case number (If known): _____ Chapter ___7___

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Supply Agreement | Alen USA, LLC |
| | | | 14825 Northwest Freeway, Suite 500 |
| | | | Houston, Texas 77040 |
| | State the term remaining | Expiration 1/31/2025 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Alen USA, LLC |
| | | | 14825 Northwest Freeway, Suite 500 |
| | | | Houston, Texas 77040 |
| | State the term remaining | Expiration: 12/6/2024 | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | JoySuds LLC |
| | | | 4 Greenwich Office Park |
| | | | Greenwich, CT 06831 |
| | State the term remaining | Expiration: 1/26/2024 | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Toll Processing and Packaging - Master Services Agreement | PPG Industries |
| | | | PPG Place |
| | | | Pittsburgh, PA 15272 |
| | State the term remaining | Expiration 2/15/2023 | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Supply Agreement | Bonakemi USA Inc dba Bona US |
| | | | 24 Inverness Place East |
| | | | Englewood, CO 80112 |
| | State the term remaining | Expiration 12/11/2023 | |
| | List the contract number of any government contract | | |

Debtor    Old LW, LLC
_____
Name

Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest: Amended and Restated Lease Agreement<br><br>State the term remaining: Expiration 12/15/2040<br>List the contract number of any government contract | Brent LLC<br>19 Split Rock Drive<br>Great Neck, NY 11024 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest: Supply Agreement<br><br>State the term remaining: Expiration 11/30/2023<br>List the contract number of any government contract | Clorox Services Company<br>4900 Johnson Drive<br>Pleasanton, CA 94588 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest: Supply Agreement 000550544.0<br><br>State the term remaining: Expiration 10/30/2023<br>List the contract number of any government contract | Clorox Services Company<br>4900 Johnson Drive<br>Pleasanton, CA 94588 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest: Agreement for Transportation Services<br><br>State the term remaining: Expiration 6/13/2023<br>List the contract number of any government contract | J.B. Hunt Transportation<br>615 J.B. Hunt Corporate Drive<br>Lowell, AR 72745 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest: Agreement for Truckload Services<br><br>State the term remaining: Expiration 6/13/2023<br>List the contract number of any government contract | J.B. Hunt Transportation<br>615 J.B. Hunt Corporate Drive<br>Lowell, AR 72745 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest: Agreement for Truckload Services<br><br>State the term remaining: Expiration 6/13/2023<br>List the contract number of any government contract | Kane Traffic Services, LLC<br>3 Stauffer Industrial Park<br>Scranton, PA 18504 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest: Memorandum of Understanding for Brokered Truckload Services<br><br>State the term remaining: Expiration 7/8/2023<br>List the contract number of any government contract | Matson Logistics, Inc.<br>1815 South Meyers Road Suite 700<br>Oakbrook Terrace, IL 60181 |

| Debtor | Old LW, LLC | Case number _(if known)_ _____ |
|---|---|---|
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.13**
State what the contract or lease is for and the nature of the debtor's interest
Amended and Restated Lease Agreement

State the term remaining
Expiration 6/1/2024

List the contract number of any government contract

Gilsam LLC
17 Barstow Road, Suite 405
Great Neck, New York 11021

---

**2.14**
State what the contract or lease is for and the nature of the debtor's interest
Exclusivity Agreement

State the term remaining
Expiration 7/13/2025

List the contract number of any government contract

The Chemours Company FC LLC
1007 N Market St.
Wilmington, Delaware 19801

---

**2.15**
State what the contract or lease is for and the nature of the debtor's interest
Contract Manufacturing Agreement

State the term remaining
Expiration 7/10/2025

List the contract number of any government contract

The Chemours Company FC LLC
1007 N Market St.
Wilmington, Delaware 19801

---

**2.16**
State what the contract or lease is for and the nature of the debtor's interest
Agreement of Lease

State the term remaining
2/1/2029

List the contract number of any government contract

445 Melville LLC
445 Broadhallow Rd.
Melville, NY 11747

---

**2.17**
State what the contract or lease is for and the nature of the debtor's interest
Agreement of Lease

State the term remaining
12/15/2040

List the contract number of any government contract

461 Research Drive LLC
100 Baltimore Drive, East Mountain Corporate Center
Wilkes-Barre, PA 18702

---

**2.18**
State what the contract or lease is for and the nature of the debtor's interest
Amendment to Amended and Restated Supply Agreement

State the term remaining
Expiration 12/12/2026

List the contract number of any government contract

Altium Packaging LP
2500 Windy Ridge Parkway Suite 1400
Atlanta, GA 30339

---

**2.19**
State what the contract or lease is for and the nature of the debtor's interest
Lease Agreement

State the term remaining
Expiration 10/31/2024

List the contract number of any government contract

Eastside Capital LLC
230 Park Avenue Suite 1245
New York, NY 10169

---

| Debtor | Old LW, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.20** State what the contract or lease is for and the nature of the debtor's interest
Product Schedule No. 2

State the term remaining
Expiration 12/31/23

List the contract number of any government contract

Paradigm Packaging East
141 5th St.
Saddle Brook, NJ 07663

**2.21** State what the contract or lease is for and the nature of the debtor's interest
Product Schedule No. 1

State the term remaining
Expiration 12/31/2023

List the contract number of any government contract

Paradigm Packaging East
141 5th St.
Saddle Brook, NJ 07663

**2.22** State what the contract or lease is for and the nature of the debtor's interest
Master Supply Agreement

State the term remaining
Expiration 1/4/2024

List the contract number of any government contract

Paradigm Packaging East
141 5th St.
Saddle Brook, NJ 07663

**2.23** State what the contract or lease is for and the nature of the debtor's interest
Agreement for Brokered Truckload Services

State the term remaining
Expiration 6/13/23

List the contract number of any government contract

Flock Freight
701 S Coast Hwy 101
Encinitas, CA 92024

**2.24** State what the contract or lease is for and the nature of the debtor's interest
Agreement for Truckload Services

State the term remaining
Expiration 6/13/2023

List the contract number of any government contract

Glendenning Brothers Inc.
10128 IL - 72
Stillman Valley, IL 61084

**2.25** State what the contract or lease is for and the nature of the debtor's interest
Agreement for Brokered Truckload Services

State the term remaining
Expiration 6/13/2023

List the contract number of any government contract

Glendenning Brothers Inc.
10128 IL - 72
Stillman Valley, IL 61084

**2.26** State what the contract or lease is for and the nature of the debtor's interest
Memorandum of Understanding for Brokered Truckload Services

State the term remaining
Expiration 8/16/2023

List the contract number of any government contract

Matson Logistics, Inc.
1815 South Meyers Road Suite 700
Oakbrook Terrace, IL 60181

| Debtor | Old LW, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.27** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** List the contract number of any government contract | Agreement for Truckload Services<br><br>Expiration 6/13/2023 | Mid America Logistics<br>900 S Hwy Dr.<br>Fenton, MO  63026 |
| **2.28** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** List the contract number of any government contract | Agreement for Brokered Truckload Services<br><br>Expiration 6/13/2023 | NFI<br>Triad1828 Centre,2 Cooper Street<br>Camden, NJ 08102 |
| **2.29** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** List the contract number of any government contract | Agreement for Truckload Services<br><br>Expiration 6/13/2023 | Pottles Transportation, LLC<br>170 Gensinger Rd<br>Kutztown, PA 19530 |
| **2.30** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** List the contract number of any government contract | Agreement for Truckload Services<br><br>Expiration 6/13/2023 | Sevas Trucking, Inc.<br>1011 Brookside Rd Stuite 165F<br>Allentown, PA 18106 |
| **2.31** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** List the contract number of any government contract | Agreement for Brokered Truckload Services<br><br>Expiration 6/13/2023 | Tumalo Creek Transportation Services<br>6109 Blue Cir Dr Suite 2000<br>Minnetonka, MN 55343 |
| **2.32** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** List the contract number of any government contract | Agreement for Brokered Truckload Services<br><br>Expiration 6/13/2023 | Werner Enterprises Inc.<br>14507 Frontier Rd.<br>Omaha, NE 68138 |
| **2.33** State what the contract or lease is for and the nature of the debtor's interest **State the term remaining** List the contract number of any government contract | Agreement for Brokered Truckload Services<br><br>Expiration 6/13/2023 | WYM Logistics LLC<br>1258 LOT 7A Old Route 11<br>Hallstead, PA18822 |

Debtor    **Old LW, LLC**
_____
Name

Case number (if known)_____

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.34**
State what the contract or lease is for and the nature of the debtor's interest: Agreement of Lease

State the term remaining: Expiration 12/15/2040

List the contract number of any government contract:

460 Research Drive LLC
100 Baltimore Drive, East Mountain Corporate Center
Wilkes-Barre, PA 18702

**2.35**
State what the contract or lease is for and the nature of the debtor's interest: Consulting Agreement

State the term remaining: Expiration 8/16/2024

List the contract number of any government contract:

Rody Mehdizadeh & Shervin Mehdizadeh
17 Barstow Rd, Great Neck, NY 11021

**2.36**
State what the contract or lease is for and the nature of the debtor's interest: Amendment No.1 to the Lidl US Purchasing, LLC Master Supplier Agreement for Goods for Resale

State the term remaining: Expiration Unknown

List the contract number of any government contract:

Lidl US Purchasing, LCC
3500 S. Clark St.
Arlington, VA 22202

**2.37**
State what the contract or lease is for and the nature of the debtor's interest: First Amendment to Mutual Confidential Disclosure Agreement Between Rust-Oleum Corporation and U.S. Nonwovens Corp.

State the term remaining:

List the contract number of any government contract: Expiration Unknown

RPM Enterprises Inc.
2628 Pearl Road
Medina, OH 44258

**2.38**
State what the contract or lease is for and the nature of the debtor's interest: Manufacturing Agreement

State the term remaining: Expiration Unknown

List the contract number of any government contract:

Staples the Office Superstore, LLC
500 Staples Drive
Framingham, MA 01702

**2.39**
State what the contract or lease is for and the nature of the debtor's interest: Second Amendment to Amended and Restated Supply Agreement

State the term remaining: Expiration Unknown

List the contract number of any government contract:

Altium Packaging LP
2500 Windy Ridge Parkway Suite 1400
Atlanta, GA 30339

**2.40**
State what the contract or lease is for and the nature of the debtor's interest: Amendment to Windstream Agreement

State the term remaining: Expiration Unknown

List the contract number of any government contract:

Windstream
4001 N Rodney Parham Rd,
Little Rock, AR 72212

Debtor    Old LW, LLC
_____
Name

Case number (if known)_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.41 **State what the contract or lease is for and the nature of the debtor's interest** Letter Agreement with regard to Exclusive Distribution and Formulation Agreement<br>**State the term remaining** Expiration Unknown<br>**List the contract number of any government contract** | Wexford Labs, Inc.<br>325 Leffingwell Avenue<br>Kirkwood, MO 63122 |
| 2.42 **State what the contract or lease is for and the nature of the debtor's interest** Letter Agreement for Amendment to Commerical Agreement<br>**State the term remaining** Expiration Unknown<br>**List the contract number of any government contract** | Wexford Labs, Inc.<br>325 Leffingwell Avenue<br>Kirkwood, MO 63122 |
| 2.43 **State what the contract or lease is for and the nature of the debtor's interest** Pricing Agreement<br>**State the term remaining** Expiration Unkown<br>**List the contract number of any government contract** | Whirlpool Corporation<br>2000 M-63<br>Benton Harbor, MI 49022 |
| 2.44 **State what the contract or lease is for and the nature of the debtor's interest** Exclusive Supply Agreement<br>**State the term remaining** Expiration Unknown<br>**List the contract number of any government contract** | Whirlpool Corporation<br>2000 M-63<br>Benton Harbor, MI 49022 |
| 2.45 **State what the contract or lease is for and the nature of the debtor's interest** Supply Agreement<br>**State the term remaining** Expiration Unknown<br>**List the contract number of any government contract** | Altium Packaging LP<br>2500 Windy Ridge Parkway Suite 1400<br>Atlanta, GA 30339 |
| 2.46 **State what the contract or lease is for and the nature of the debtor's interest** Contract<br>**State the term remaining** Expiration Unknown<br>**List the contract number of any government contract** | Strategic Resource Management<br>5100 Poplar Ave #2500<br>Memphis, TN 38137 |
| 2.47 **State what the contract or lease is for and the nature of the debtor's interest** Contract<br>**State the term remaining** Expiration Unknown<br>**List the contract number of any government contract** | AIC Income Fund Empire LLC<br>4131 N Central Expressway, Suite 820<br>Dallas, TX 75204 |

Debtor    Old LW, LLC
_____
            Name

Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2._48** State what the contract or lease is for and the nature of the debtor's interest: Contract<br><br>State the term remaining: Expiration Unknown<br><br>List the contract number of any government contract | Sun Products Corporation<br>60 Danbury Rd.<br>Wilton, CT 06897 |
| **2._49** State what the contract or lease is for and the nature of the debtor's interest: Pricing and Business Addendum to the Our Brands Addendum<br><br>State the term remaining: Expiration 7/1/2023<br><br>List the contract number of any government contract | The Kroger Co.<br>1014 Vine St.<br>Cincinnati, OH 45202 |
| **2._50** State what the contract or lease is for and the nature of the debtor's interest: Amended and Restated Supply Agreement<br><br>State the term remaining: Expiration 10/29/2025<br><br>List the contract number of any government contract | Altium Packaging LI<br>2500 Windy Ridge Parkway, Suite 1400<br>Atlanta, GA 30339 |
| **2._51** State what the contract or lease is for and the nature of the debtor's interest: Private Label Master Supply Agreement<br><br>State the term remaining: Expiration Unknown<br><br>List the contract number of any government contract | Retail Business Services LLC<br>2085A Harrison Road<br>Salisbury, NC 28147 |
| **2._52** State what the contract or lease is for and the nature of the debtor's interest: Standard Form of Loft Lease<br><br>State the term remaining: Expiration Unknown<br><br>List the contract number of any government contract | Rechler Equity LLC<br>85 S Service Road<br>Plainview, NY 11803 |
| **2._53** State what the contract or lease is for and the nature of the debtor's interest: Our Brands Addendum<br><br>State the term remaining: Expiration Unknown<br><br>List the contract number of any government contract | The Kroger Co.<br>1014 Vine St.<br>Cincinnati, OH 45202 |
| **2._** State what the contract or lease is for and the nature of the debtor's interest:<br><br>State the term remaining:<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __Old LW, LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 USN Export LLC | 360 Moreland Rd. Street / Commack NY 11725 City State ZIP Code | SJC DLF III, LLC as Agent | ☑ D ☐ E/F ☐ G |
| 2.2 Old LW Shipper, LLC | 360 Moreland Rd. Street / Commack NY 11725 City State ZIP Code | SJC DLF III, LLC as Agent | ☑ D ☐ E/F ☐ G |
| 2.3 Old LW Chicago, LLC | 360 Moreland Rd. Street / Commack NY 11725 City State ZIP Code | SJC DLF III, LLC as Agent | ☑ D ☐ E/F ☐ G |
| 2.4 U.S. Nonwovens, Inc. | 360 Moreland Rd. Street / Commack NY 11725 City State ZIP Code | SJC DLF III, LLC as Agent | ☑ D ☐ E/F ☐ G |
| 2.5 Old LW Intermediate, LLC | 360 Moreland Rd. Street / Commack NY 11725 City State ZIP Code | SJC DLF III, LLC as Agent | ☑ D ☐ E/F ☐ G |
| 2.6 | Street / City State ZIP Code | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor  name    Old LW, LLC

United States Bankruptcy  Court f or the: _____ District of DE
(State)

Case number  (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................................................

$ 0

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*......................................................................................

$ 2,500.00

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................................

$ 2,500.00

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................................

$ $75,000,000

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F* .....................................

$ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .......................................................

+ $ 5,138,150.38

4. **Total liabilities**..................................................................................................................
   Lines 2 + 3a + 3b

$ 80,138,150.38

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Old LW, LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                                   (State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/12/2023__          ✖ */s/ Robert Gorin* _____
                MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                          __Robert Gorin_____
                                          Printed name

                                          __Chief Restructuring Officer_____
                                          Position or relationship to debtor