Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903


Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904


Department of State – New York
123 William Street
New York, NY 10038-3804


Department of State – Albany
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231-0001


NYS Department of Taxation and Finance
Division of the Treasury
P.O. Box 22119
Albany, NY 12201-2119


Alen USA, LLC
14825 Northwest Freeway, Suite 500
Houston, TX 77040


JoySuds LLC
4 Greenwich Office Park
Greenwich, CT 06831

PPG Industries
PPG Place
Pittsburgh, PA 15272


Bonakemi USA Inc dba Bona US
24 Inverness Place East
Englewood, CO 80112


Brent LLC
70 E Main St, Ste 1
Wappingers Falls, NY 12590


Clorox Services Company
4900 Johnson Drive
Pleasanton, CA 94588


J.B. Hunt Transportation
615 J.B. Hunt Corporate Drive
Lowell, AR 72745


Kane Traffic Services, LLC
3 Stauffer Industrial Park
Scranton, PA 18504


Matson Logistics, Inc.
1815 South Meyers Road Suite 700
Oakbrook Terrace, IL 60181


Gilsam LLC
17 Barstow Road, Suite 405
Great Neck, New York 11021


The Chemours Company FC LLC
1007 N Market St.
Wilmington, Delaware 19801

445 Melville LLC
445 Broad Hollow Rd.
Melville, NY 11747


Altium Packaging LP
2500 Windy Ridge Parkway Suite 1400
Atlanta, GA 30339


Eastside Capital LLC
230 Park Avenue Suite 1245
New York, NY 10169


Paradigm Packaging East
141 5th St.
Saddle Brook, NJ 07663


Flock Freight
701 S Coast Hwy 101
Encinitas, CA 92024


Glendenning Brothers Inc.
10128 IL - 72
Stillman Valley, IL 61084


Matson Logistics, Inc.
1815 South Meyers Road, Suite 700
Oakbrook Terrace, IL 60181


Mid America Logistics
900 S Hwy Dr.
Fenton, MO 63026


NFI
Triad1828 Centre
2 Cooper Street
Camden, NJ 08102

Pottles Transportation, LLC
170 Gensinger Rd.
Kutztown, PA 19530


Sevas Trucking, Inc.
1011 Brookside Rd.,
Suite 165F
Allentown, PA 18106


Tumalo Creek Transportation Services
6109 Blue Circle Dr., Suite 2000
Minnetonka, MN 55343


Werner Enterprises Inc.
14507 Frontier Rd.
Omaha, NE 68138


WYM Logistics LLC
1258 LOT 7A
Old Route 11
Hallstead, PA 18822


460 Research Drive LLC
100 Baltimore Drive
East Mountain Corporate Center
Wilkes-Barre, PA 18702


Rody Mehdizadeh
17 Barstow Rd.
Great Neck, NY 11021


Shervin Mehdizadeh
17 Barstow Rd.
Great Neck, NY 11021


Lidl US Purchasing, LCC
3500 S. Clark St.
Arlington, VA 22202

RPM Enterprises Inc.
2628 Pearl Road
Medina, OH 44258


Staples the Office Superstore, LLC
500 Staples Drive
Framingham, MA 01702


Windstream
4001 N Rodney Parham Rd.
Little Rock, AR 72212


Wexford Labs, Inc.
325 Leffingwell Avenue
Kirkwood, MO 63122


Whirlpool Corporation
2000 M-63
Benton Harbor, MI 49022


Strategic Resource Management
5100 Poplar Ave #2500
Memphis, TN 38137


AIC Income Fund Empire LLC
4131 N Central Expressway, Suite 820
Dallas, TX 75204


Sun Products Corporation
60 Danbury Rd.
Wilton, CT 06897


David J. Tecson
120 S. Riverside Plaza, Suite 1700
Chicago, IL 60606

Neal J. Deckant
1900 N. California Blvd.
Suite 940
Walnut Creek, CA 94596


Frederick J. Klorczyk III
888 Seventh Ave.
New York, NY 10019


BURSOR & FISHER, P.A.
Neal J. Deckant
Brittany S. Scott
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596


Barbat Mansour Suciu & Tomina PLLC
Nick Suciu III
6905 Telegraph Rd. Suite 115
Bloomfield Hills, MI 48301


Wolf Haldenstein Adler Freeman & Herz, LLC
Carl V. Malmstrom
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604


Gary M. Klinger
Milberg Coleman Bryson Phillips GrossmanPLLC
227 W. Monroe Street
Suite 2100
Chicago, IL 60606


Stuart A. Davidson
Mark J. Dearman
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

Commissioners of Public Works of The City of Charleston
91 Stuart St
Charleston, SC 29403


Guy & O'Neill, Inc.
200 Industrial Drive
Fredonia, WI 53021


SJC DLF III-Q, LLC
1700 East Putnam Avenue, Suite 207
Old Greenwich, CT 06870


Ernesto Levy
360 Moreland Road
Commack, NY 11725


Mike Perda
360 Moreland Road
Commack, NY 11725


Robert Gorin
360 Moreland Road
Commack, NY 11725


Chris Sliva
360 Moreland Road
Commack, NY 11725


Kathy Russell
360 Moreland Road
Commack, NY 11725


Terry Royer
360 Moreland Road
Commack, NY 11725

3V Sigma USA
888 Woodstock St
Georgetown, SC 29440


A&S Electric Supply Inc
5 Coordinator Dr
Erlanger, KY 41018


ABX Innovative Packaging Solutions Inc
P.O. Box 69339
Baltimore, MD 21234-9339


Accredo Packaging Inc
P.O. Box 95212
Grapevine, TX 76099-9752


Accutec Blades
P.O. Box 734867
Chicago, IL 60673


Action Lift Inc
1 Memco Dr
Pittston, PA 18640


Advanced Cargo Transportation Inc
19 Hyatt Avenue
Newark, NJ 07105


Advanced Certification Solutions LLC
4366 Crystal Springs Drive NE
Bainbridge Island, WA 98110

Advantage Sales and Marketing
P.O. Box 744347
Atlanta, GA 30374-4347


Aerosol Danville Inc. dba Voyant Beauty
6710 River Rd
Hodgkins, IL 60525-4310


Airoyal Company
43 Newark Way P.O. Box 129
Maplewood, NJ 07040


ALDI
1200 N Kirk Rd
Batavia, IL 60510


All American Containers of Georgia Inc
4400 North Commerce Drive
East Point, GA 30344


All American Hardware Inc
678 Motor Parkway
Hauppauge, NY 11788


All Environmental Services
1070 Middle Country Rd
Selden, NY 11784


Croda Inc
P.O. Box 416595
Boston, MA 02241


Allied Knife Grinding
180 Bangor Street
Lindenhurst, NY 11757

Allway Tranfers
503 Kime Ave
West Islip, NY 11795


Alpha Bulk Logistics
P.O. Box 160
St John, IN 46373

Alpla Inc
P.O. Box 896862
Charlotte, NC 28289-6862


Altafiber
P.O. Box 748003
Cincinnati, OH 45274


Alzo International Inc
650 Jernee Mill Rd
Sayreville, NJ 08872

Amazon Capital Services Inc
P.O. Box 035184
Seattle, WA 98124


AMC Engineering PLLC
1836 42nd St
Astoria, NY 11105

Amcor Flexibles UK LTD
83 Tower Road North
BRISTOL, UK BS308XP



Anhui Technology Import and Export Co Ltd
459 West Changjiang Road

HEFEI, AN HUI PROVINCE, CHINA

Apex Companies LLC
P.O. Box 1443
Baltimore, MD 21203

Apex Shipping NYC
1975 Linden Blvd, Suite 300
Elmont, NY 11003

APM Terminals Elizabeth LLC
9300 Arrowpoint Blvd
South Building 1st Floor
Charlotte, NC 28273

Aptargroup Inc
7871 Collection Center Drive
Chicago, IL 60693

Arena Products Inc
100 Metro Park
Rochester, NY 14623

Arma Container Corp
65 N Industry Court
Deer Park, NY 11729

Arrive Logistics Dba Dm Trans LLC
4407 Monterey Oaks Blvd
Austin, TX 78749

Arylessence
1091 Lake Drive
Marietta, GA 30066

Arxada LLC
P.O. Box 741681
Atlanta, GA 30374-1681


Ashland Inc
P.O. Box 116022
Atlanta, GA 30368-6022


Asset Management Solutions LLC
P.O. Box 217
White Salmon, WA 98672


Associated Packaging Inc
P.O. Box 306068
Nashville, TN 37230-6068


Ast Enterprises, Inc
70 Commercial Way
Springboro, OH 45066

Automationdirect.com Inc
P.O. Box 402417
Atlanta, GA 30384


Avison Young Chicago LLC
1 South Wacker Drive Ste 3000
Chicago, IL 60606




Avi Food Systems Inc
2590 Elm Rd NE


Balcan Innovations Inc
11320 State Route 9 Ste 100

Champlain, NY 12919

Bazaar Inc
1900 N 5th Avenue
River Grove, IL 60171

Berberian & Associates Inc
P.O. Box 729
North Andover, MA 01845

Berlin Packaging
12 Avian Way, Salhouse Road
NORWICH, NR7 9AR
ENGLAND, UNITED KINGDOM

Berry Plastics Corp
P.O. Box 633485
Cincinnati, OH 45263

Best Transportation LLC
263 D Distribution Street
Newark, NJ 07114

Betty Inc
1801 S Swanson Street
Philadelphia, PA 19148

Beyond Trust Corp
P.O. Box 734433
Dallas, TX 75373-4433
BGR Inc
3906 Produce Rd Ste 101
Louisville, KY 40232

Biomerieux
595 Anglum Rd

St. Louis, MO 63042


Black Birch Engineering Inc
2950 Ransom Road
Dallas, PA 18612


Bortek Industries Inc
4713 Gettysburg Rd
Mechanicsburg, PA 17055-4326


Bowman Trailer Leasing
P.O. Box 433
Williamsport, MD 21795

Bulk Apothecary
125 Lena Drive
Aurora, OH 44202


C&E Sales Inc
2400 Technical Dr
Miamisburg, OH 45342-6136


Capacity Crew Logistics
1018 Main St Unit 1
Evanston, IL 60202


Ceccacci Lift Truck Services Inc
949 Underwood Rd
Olyphant, PA 18447
Canberra Corp
3610 N Holland-Sylvania Rd
Toledo, OH 43615


Cattie Adhesive Solutions LLC
2200 Claymont Dr
Quakertown, PA 18951

CBT Company Dba the Belting Co Of Cincinnati
5500 Ridge Ave
Cincinnati, OH 45213-2516


CCI Waste and Recycling Service Inc
944 Underwood Rd
Olyphant, PA 18447


CCL Label Inc
1187 Industrial Road
Cold Springs, KY 41076


Cerminaro Construction Co Inc
21 Franklin Street
Jermyn, PA 18433


CFS Inc DBA ComFreight HaulPay
65 Pine Ave Ste 853
Long Beach, CA 90802


Chain Logistics
300-2 State Route 17 South
Unit B
Lodi, NJ 07644



Change Parts Inc
185 S Jebavy Drive
Ludington, MI 49431


7300 Tussing Road
Reynoldsburg, OH 43068


Chemia Corporation

11558 Rock Island Court
St Louis, MO 63043


Chempoint.com Inc
13727 Collections Center Dr
Chicago, IL 60693


Chep USA
15226 Collections Center Dr
Chicago, IL 60693


CKS Packaging Inc
350 Great Southwest Pkwy SW
Atlanta, GA 303360


Clear Solutions USA LLC
47 N Ski Court
Gilbert, AZ 85233


CMA CGM (America) LLC
5701 Lake Wright Drive
Norfolk, VA 23502


Cole-Parmer
13927 Collections Center Dr
Chicago, IL 60693

Comar
220 Laurel Rd
Voorhees, NJ 08043

Complete Forklift Tire Specialists Inc
654 N Wellwood Ave Ste D # 343
Lindenhurst, NY 11757


Connecticut Dept Of Environmental Protection

79 Elm St
Hartford, CT 06106


Container Corporation of Canada
68 Leek Crescent
Richmond Hill, ON, L4B 1H1
CANADA


Continuous Motion Packaging LLC
1530 N Country Club Pkwy
Elkhorn, WI 53121


Convergint Technologies LLC
One Commerce Drive
Schaumburg, IL 60173


Convertech Inc
353 Richard Mine Road
Wharton, NJ 07885


CPS Process Solutions LLC
200 Bulfinch Drive Ste 160
Andover, MA 01810


CQ Solutions
54504 Craig
Chapel Hill, NC 27517


Craig and Aubrey Technology LLC
9465 Counselors Row Ste 200
Indianapolis, IN 46240-3817


Crescent Consulting LLC

1515 S Orange Ave
Orlando, FL 32806


Crystal Clear Spring Water Co
622 E Drinker St
Dunmore, PA 18512


Dalian Ruiguang Nonwoven Group Co Ltd
No. 134 Ximenwai Jinzhou District
DALIAN, LIAONING, 116100
CHINA


Data Systems International Inc
P.O. Box 504138
St. Louis, MO 63150-4138


Daymon Worldwide Inc
P.O. Box 744820
Atlanta, GA 30374-4820


De Well Container Shipping
1 Cross Island Plaza Ste 302
Rosedale, NY 11422



Deco Labels & Flexible Packaging
950 N IL-83 Suite H
Wood Dale, IL 60191


Dempsey Uniform & Linen Supply
707 Paulison Ave
Clifton, NJ 07015


Dealer Storage of Long Island LLC

200 Town Line Road
Kingspark, NY 11754


Delpack Development Ltd
1105A, Sunshine Intl Building
55 YULI ROAD, YUYAO
ZHEJIANG PROVINCE, CHINA, 315400


Dewolf Chemical Inc
P.O. Box 842472
Boston, MA 02248-2472


DHL Global Fowarding
14076 Collections Ctr Dr
Chicago, IL 60693


Dickson
930 S Westwood Ave
Addison, IL 6011-4917


Dongguan Hungxhin Paper Products Co Ltd
No 3 Lian Xian Rd, Wu Lian Industrial
FENG GANG TOWN, DONG GUAN
GUANG DONG, CHINA


DP Carrier Inc
27 Smith St
Deer Park, NY 11729


DSM Nutritional Products
3927 Collections Center Dr
Chicago, IL 60693

DTM Packaging LLC
150 Recreation Park Dr Unit 5

Hingham, MA 02043


Duke Energy
P.O. Box 1327
Charlotte, NC 28201


Dupray USA LLC
40E Main St Ste 16B
Newark, DE 19711


Eastern Industrial Automation
158 Lexington St
Waltham, MA 02454


Eastern Roofing Systems Inc
1 Keystone Pl
Jessup, PA 18434


Ebay
2025 Hamilton Ave
San Jose, CA 925125


Effects of Color
655 Old Willets Path
Hauppauge, NY 11788
Elsner Engineering Works Inc
475  Fame Ave
Hanover, PA 17331


Envirocon Technologies Inc
P.O. Box 3547
Austin, TX 78764


E-Pak Machinery Inc
1535 S State Rd 39
Laporte, IN 46350

Equipment Depot
2545 Northwest Parkway
Elgin, IL 60124


Equipment Technology Inc
410 Cemetery St
Peckville, PA 18452-2206


ERM Label Co
689 Wilson Blvd
Central Islip, NY 11722


Evergreen Shipping Agency (America) Corp
1 Evertrust Plaza
Jersey City, NJ 07302


Everwear Inc.
401 Stag Industrial Blvd
Lake St. Louis, MO 63367


Evoqua Water Technologies
28563 Network Pl
Chicago, IL 60673-1285
Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286


Fibertex Nonwovens Inc
100 ISO Parkway
Gray Court, SC 29645


Filling Equipment Co Inc
1539 130th Street
College Point, NY 11356

Firmenich USA Inc
250 Plainsboro Rd
Plainsboro, NJ 08536


Fisher Scientific Company
P.O. Box 3648
Boston, MA 02241


Fort Dearborn Co
P.O. Box 74008096
Chicago, IL 60674


Frate Holding
1335 Donaldson Rd Unit 4
Erlanger, KY 41018-3123


Freedman Packaging Corp
454 Livonia Ave
Brooklyn, NY 11207


FS Installation Corp
245 Acorn Ave
Central Islip, NY 11722-2716
Fuzhou Juan Juan Nonwoven Products Co
No.20 ZhaoYu Rd, FuWan Industrial Center
CANGSHAN DISTRICT, FUZHOU
FUJIAN, CHINA


G. Weinberger Co
231 Oak Street
Old Forge, PA 18518


G.D. USA
P.O. Box 71209

Charlotte, NC 28272

Galco Industrial Electronics Inc
26010 Pinehurst Dr
Madison Heights, MI 48071-4139

Gene Metschulat Electrical Contractors
819 State Route 307
Spring Brook Township, PA 18444

Georgia Dept Of Agriculture
19 M.L.K. Jr Dr SW
Atlanta, GA 30334

Glassline Corporation Dba Secure Pak Inc
3630 Rockland Circle Ste 509
Millbury, OH 43447-9804

Glatfelter Composite Fibers Na Inc
200 Broad Street Ste 206
Gainsville, GA 30501

Glendenning Brothers Inc
P.O. Box 243
Stillman Valley, IL 61084

Global Equipment Company
5325 Palmero Court
Buford, GA 30518

Grainger
475 E Algonquin Rd
Arlington Heights, IL 60005

Hale Trailer Brake and Wheel Inc
P.O. Box 1400
Voorhees, NJ 08043


HAR Equipment Sales
60 S Park St
Bedford, OH 44146

Hangzhou Shijia Cleaning Products Co Ltd
No. 170 Qingxian Rd Linglon G St
LIN AN CITY, ZHEJIANG, CHINA


Harrington Industrial Plastics
P.O. Box 638250
Cincinnati, OH 45263-8250


Hartness
39862 Treasury Center
Chicago, IL 60694


HeatTrak LLC
3645 Clearview Pkwy
Doraville, GA 30340
Henry Pak Inc
P.O. Box 941
Simpsonville, SC 29681


Hershey Paper Company
3650 Hempland Rd
Lancaster, PA 17601


Highlander Equipment Company
110 Clyde Rd
Somerset, NJ 08873

Hilo Materials Equipment Company
845 South 1st St
Ronkonkoma, NY 11779


HLPM Distribution LLC
1275 Bloomfield Avenue #5
Fairfield, NJ 7004


Hobbs Equipment Inc
12 West Street
New Palestine, IN 46163


The Home Depot Inc
P.O. Box 78047
Phoenix, AZ 85062-8047


Hood Container D&P
P.O. Box 746568
Atlanta, GA 30374-6568


Hub Labels Inc
18223 Shawley Dr
Hagerstown, MD 21740


Icon Inc
P.O. Box 175
Lake Winola, PA 18625


Idaho State Dept Of Agriculture
2270 Old Penitentiary Rd
Boise, ID 83712

Ideal Sleeves
182 Courtright Street
Wilkes-Barre, PA 18702


Idex MPT Inc Dba Quadro US
90 Glacier Dr Ste 1000
Westwood, MA 02090-1818


Illinois Dept Of Agriculture
801 E Sangamon Ave
Springfield, IL 62702


Independent Chemical Inc
71-19 80th Str Ste 8-8202
Glendale, NY 11385


Industrial Tape & Supply Company
1061 King Industrial Dr
Marietta, GA 30062


Ingersoll Rand
15768 Collections Center Dr
Chicago, IL 60693
Inolex
2101 S Swanson Street
Philadelphia, PA 19148


Insider Software
P.O. Box 190
San Jose, CA 95103


Insight Direct USA Inc
6820 S Harl Ave
Tempe, AZ 85283

Integritec Inc
P.O. Box 99
White Haven, PA 18661


International Paper
P.O. Box 644095
Pittsburgh, PA 15264


J & A Marketing LLC
200 Compass Circle
North Kingstown, RI 02852


J.P. Mascaro & Sons
P.O. Box 7250
Audubon, PA 19407-7250


J.R. Watkins LLC
P.O. Box 72537
Oakland, CA 94612


Jedwards International Inc
141 Campanelli Dr
Braintree, MA 02184-5206


Jolly Plumbing
101 Beacon Drive
Wilder, KY 41076


Jones Pallet Solution
126 Rock Street
Hughestown, PA 18640

J Squared Technologies Inc
4015 Carling Ave
Kanata, Ontario
K2K 2A3, CANADA

Kamps Pallets
P.O. Box 675126
Detroit, MI 48267-5126

Kane Traffic Services Inc
P.O. Box 515780
Los Angeles, CA 90051

Kansas Dept Of Agriculture
900 SW Jackson Room 456
Topeka, KS 66612

100 Matawan Rd Ste 100
Matawan, NJ 07747

Kimika LLC
1729 NW 84 Ave
Miami, FL 33126
Kinneberg Management Group
800 Nicollet Mall Ste 2520
Minneapolis, MN 55402-2034

KKJ Inc Dba Jan-Pro Of Nepa
94 Boston Hill Road
Larksville, PA 18651

Kroger Company
1014 Vine St
Cincinnati, OH 45202-1100

Krones Inc
29065 Network Place

Chicago, IL 60673-1290


Label Printing Systems Inc Dba LPS Tag
3937 Westpoint Blvd
Winston-Salem, NC 27103


Lanco York Inc
864 East 25th St
Paterson, NJ 07503


Landis Transportation
2600 Beltline Ave
Reading, PA 19612

Lazar Technologies Inc
39 Evergreen St
Hazlet, NJ 07730


Lee Spring Company
140 58th St
Suite 3C
Brooklyn, NY 11220


Lemi Shine
P.O. Box 3547
Austin, TX 78764


Levrwood Machine Works Inc
100 Redco Ave Unit D2
Red Lion, PA 17356-1436


Liftec Forklifts Inc
124 Sylvania Place

South Plainfield, NJ 07080


Louisiana Dept Of Agriculture & Forestry
5825 Florida Blvd
Suite 4002
Baton Rouge, LA 70806


M.A.J. Enterprises Inc
303 Winding Road
Old Bethpage, NY 11804


Manufacturers Edge Inc
5044 Industrial Rd
Suite C
Wall Township, NJ 07727-3630


Maryland Dept Of Agriculture
50 Harry S. Truman Pkwy
Annapolis, MD 21401


Mason Dixon Intermodal Inc
12755 E NIinne Mile Rd
Warren, MI 48089


Mays Chemical Company
P.O. Box 844598
Boston, MA 02284


McMaster - Carr Supply Co.
P.O. Box 7690
Chicago, IL 60680


Mericle Construction Inc
100 Baltimore Drive
Wilkes-Barre, PA 18702

Metro Filter Sales Inc
250 Clearbrook Rd
Elmsford, NY 10523


Metropolitan Laundry Machinery Co Inc
127-19 101 Ave
Richmond Hill, NY 11419


Mettler-Toledo LLC
1900 Polaris Pkwy
Columbus, OH 43240


Mid America Logistics
44 Soccer Park Dr
Fenton, MO 63026


Mid-Continent Packaging Inc
1200 North 54th St
Enid, OK 73701


Model Graphics & Media
P.O. Box 706190
Cincinnati, OH 45270


Modern Gas Sales Inc
P.O. Box 5001
Avoca, PA 18641-0001


Montana Dept Of Agriculture
302 N Roberts St
Helena, MT 56901

Moreland Hose & Belting Corp
135 Adams Avenue
Hempstead, NY 11550


Morning Star Sales LLC Dba Ronald J Yutr
10485 NE 6th St
Bellevue, WA 98004


MS Packaging & Supply Corp
53 Zorn Blvd
Yaphank, NY 11980


NAL Company Inc
112 Mill Street
Mt. Orab, OH 45154


National Bulk Equipment Inc
16278 Collections Drive
Chicago, IL 60693
National Oilwell Varco LP
P.O. Box 205776
Dallas, TX 75320-5776


Nebraska Dept Of Agriculture
301 Centennial Mall S
Lincoln, NE 68516


Neff Packaging Solutions
Drawer 1740, PO Box 5935
Troy, MI 48007


Network Solutions
13861 Sunrise Valley Dr
Herndon, VA 20170

New England Motor Freight
1-71 North Ave East
Elizabeth, NJ 07201


Newark
P.O. Box 94151
Palatine, IL 60094


Newark Corporation
300 S Riverside Plaza Ste 2200
Chicago, IL 60606


Newark Element 14
4801 N Ravenswood Ave
Chicago, IL 60640-4496


NFI Logistics
P.O. Box 417736
Boston, MA 02241
Ningbo DSW International Co LTD
RM 1301 No 5 Oriental Commerical Center
Ningbo, China 315153


Ningbo Songmile Packaging Co Ltd
No. 188 Wanjin Rd, Yinzhou District
NINGBO, ZHEJIANG, CHINA 315153


NKY Water District
P.O. Box 18840
Erlanger, KY 41018-0640


North Dakota Dept Of Agriculture
600 E Bouldevard Ave
Bismarck, ND 58505

NPC Global Corp
100 Middlesex Ave STE 2
Carteret, NJ 07008


Ohio Dept Of Agriculture
8995 E Main St
Reynoldsburg, OH 43068


Orchidia
1525 Brook Drive
Downers Grove, IL 60515


Orkin Pest Control Ludlow
7046 Fairfield Business Center Dr
Fairfield, OH 45014-5480


Orient International Holding Shanghai Foreign Trade
Co LTD
85 Lou Shan Guan Rd Ste B
Shanghai, China, 200336


Pacific Ozone Technology Inc
28563 Network Place
Chicago, IL 60673


Packaging Systems Integration
2806 Gray Fox Rd
Monroe, NC 28110


Packline West Inc
1840 Wright Ave
La Verne, CA 91750

PakLab
P.O. Box 841795
Los Angeles, CA 90084


Patrick Products Inc
P.O. Box 208639
Dallas, TX 75320-8639


Penn-Air & Hydraulics Corp
580 Davies Dr
York, PA 17402


Perrigo Inc
282D Quarry Rd
Milford, CT 06460


PFM NA - US Division Inc
15156 Transistor Lane
Huntington Beach, CA 92649


Pioneer Packaging
31 Wilson Drive
Sparta, NJ 07871


Plante & Moran PLLC
16060 Collections Center Drive
Chicago, IL 60693


Plasticos Bandrex SA De CV
Soleras No. 100 Int. 3 Jocotan Zapopan
JALISCO, 45017 MEXICO

Plastics Consulting & Manufacturing Co
1431 Ferry Ave
Camden, NJ 08104


Power Transmission Supplies Inc
55 Brook Ave Suite D
Deer Park, NY 11729


Pratt Industries
4425-B Victory Blvd
Staten Island, NY 10314


Precision Devices Inc
55 North Plains Rd
Wallingford, CT 06492-5841


Price Weber Marketing Communications In
10701 Shelbyville Road
Louisville, KY 40243
Prime Industrial Components
465 New Milford Avenue
Oradell, NJ 7649


Prime Process Equipment LLC
101 Industrial Rd
Berkeley Heights, NJ 07922


Printco 360 LLC
P.O. Box 663
Rainsville, AL 35986


Pro-Quip Inc
4 Mark Rd Ste C
Kenilworth, NJ 07033-1025

PSI Packaging Systems Inc
P.O. Box 3975
Chesterfield, MO 63005-6576


PSS Distribution Services
P.O. Box 329
Dayton, NJ 08810-0329


Publix Supermarkets
3300 Publix Corporate Pkwy
Lakeland, FL 33801


Pure Water Partners LLC
P.O. Box 24445
Seattle, WA 98124-0445


PVS Nolwood Chemicals
25210 Network Place
Chicago, IL 60673-1503
Pwl Trucking Inc
110-30 Dunkirk Street
Jamaica, NY 11412


QC Conveyors
4057 Clough Woods Dr
Batavia, OH 45103


QC Industries
4057 Clough Woods Dr.
Batavia, OH 45103


Quadrel Labeling Systems
7670 Jenther Drive
Mentor, OH 44060

QueBIT Consulting LLC
P.O. Box 713
Katonah, NY 10536


Rapid Pallet
P.O. Box 123
Jermyn, PA 18433


Raymond Storage Concepts
5480 Creek Road
Cincinnati, OH 45242


Redwood Multimodal / Transportation Solutions
29858 Network Place
Chicago, IL 60673-1298


Ref Leasing
245 E North Ave
Carol Stream, IL 60188
Remote CNC Services LLC
245 E North Ave
Carol Stream, IL 60188


Renu Industrial Tire
134 Rome St
Farmingdale, NY 11735


Reports Now Inc
5299 Dtc Blvd Ste 760
Greenwood Village, CO 80111-3382


Robinson Inc
1740 Eisenhower Road
DePere, WI 54115

Rosmini Graphic Supply Corp
1375 Bangor Street
Copiague, NY 11726


Roto-Die Company
P.O. Box 6354
Carol Stream, IL 60197


Rustoleum
2628 Pearl Rd
Medina, OH 44256


Safety Services and Consulting LLC
201 S Blakely St
Suite 350
Dunmore, PA 18512-2203


Sanjay Pallets Inc
424 Coster Street
Bronx, NY 10474


Save Mart Supermarket
P.O. Box 4664
Modesto, CA 95352


SBC Brokerage Consulting
106 Dana Highlands Ct
Danville, CA 94506-6121


Schaedler Yesco Distribution Inc
3982 Paxton Street
Harrisburg, PA 17111

SD1
1045 Eaton Dr
Ft Wright, KY 41017


Seals and Labels Inc
2002 Timberloch Place Ste 200
The Woodlands, TX 77380


Selcuk Iplik San Ve Ticaret AS
2 Organize Sanayi Bolgesi 83221
No: 6 8 Sehitkamil Gaziantep
27060, TURKEY


Seppic Inc
P.O. Box 9464
New York, NY 10087


Service Lighting and Electrical Supplies
2140 Merritt Drive
Garland, TX 75041


Servotech Inc
478 Timber Ridge Rd
Middletown, CT 06457-7540


Sexton Industrial Inc
366 Circle Freeway
Cincinnati, OH 45246


Shanghai Taiyu Packaging Products Co
No. 1068 Chonggu Town Street Road
QINGPU DISTRICT, SHANGHAI
201706, CHINA

Shell Chemical LP
P.O. Box 915020
Dallas, TX 75391


Sigma Equipment
3001 Maxx Rd
Evansville, IN 47711


Silgan Dispensing Systems Corp
P.O. Box 74008971
Chicago, IL 60674-8582


Sinkotechusa
2450 Atlanta Highway Ste 204
Cumming, GA 30040


Sixto Packaging
13301 NW 38th Ct
Opa-locka, FL 33054


Smyth Companies LLC
NW 9556 P.O. Box 1450
Minneapolis, MN 55485


Smiusa Inc
P.O. Box 896530
Charlotte, NC 28289


Sonic Corp
1 Research Drive
Stratford, CT 6615

South Dakota Dept Of Agriculture
523 E Capitol Ave
Pierre, SD 57501


Southeast Regulatory
1329 Burdett Rd
Grandview, TN 37337


Spartan Supply Co Inc
942 Old State Route 122
Lebanon, OH 45036


Specialty Adhesives & Coatings Inc
P.O. Box 18445
Memphis, TN 38181-0445


Stafford Associates LLC
21 Bennets Rd Ste 200
East Setauket, NY 11733
Stepan Company
P.O. Box 93036
Chicago, IL 60673-3036


Stile Logistics Ltd
181 South Franklin Ave 4th FL
Valley Stream, NY 11581


Summit Toyotalift Inc
11 Defco Park Rd
North Haven, CT 06473


Suominen
500 Chestnut Street
Bethune, SC 29009

Suominen Green Bay
1250 Glory Road
Green Bay, WI 54304


Superior Environmental Solutions LLC
9996 Joseph James Drive
Cincinnati, OH 45246


Surkamp & Rowe Inc
810 Eastgate North Dr
Suite 200 #322
Cincinnati, OH 45245


Susan Gerson
46 Oakdale Lane
Roslyn Heights, NY 11577


Teknoweb Na LLC
506-b Plantation Park Dr
Loganville, GA 30052


Terilium
201 East 5th Street Ste 2700
Cincinnati, OH 45202


The Cary Company
1195 W Fullerton Ave
Addison, IL 60101


The Knotts Company Inc
350 Snyder Ave
Berkley Heights, NJ 07922

Suzhou Lucky Time Pack Material Co.
1109 East China Intl Mansion
No 2 Binhe Rd
ZHANGJIAGANG CITY,  CHINA


Tadbik NJ Inc
17 Madison Rd
Fairfield, NJ 07004


The Kennedy Group Pensacola
P.O. Box 932747
Cleveland, OH 44193


The Korex Corporation
P.O. Box 930339
Wixom, MI 48393


The Webstaurant Store Inc
40 Citation Lane
Lititz, PA 17543-7604


Thomas Scientific
1654 High Hill Road
Swedesboro, NJ 08085


Thomas Landscape Management LLC
879 Exeter Ave
Exeter, PA 18643-1212


Topco Associates LLC
P.O. Box 96002
Chicago, IL 60693-6002

Topseller Chemicals Company Limited
No 168 Beima South Rd
LONGKOU, YANTAI
SHANDONG, CHINA


Total Machine Solutions Inc
P.O. Box 799
Plainview, NY 11803-0799


Tri State Camera Exchange Inc
150 Sullivan St
Brooklyn, NY 11231-1113


Tri Weld Industries Inc
65 South 2nd St
Bay Shore, NY 11706



Tri Lift Inc
P.O. Box 120247
East Haven, CT 06512


Trio Packaging Corp
200 Trade Zone Dr
Ronkonkoma, NY 11779


Tripack
401 Milford Pkwy
Milford, OH 45150


Turtle & Hughes Inc
1900 Lower Rd
Linden, NJ 07036

UDMC Weldtek
301 Meyer Rd
Buffalo, NY 14225


Tumalo Creek Transportation
6109 Blue Circle Dr Ste 2000
Minnetonka, MN 55343


UGI Penn Natural Gas Inc
P.O. Box 15503
Wilmington, DE 19886-5503


Uline Inc
P.O. Box 88741
Chicago, IL 60680


United Food And Beverage
P.O. Box 3559
Hickory, NC 28603
United Heating & Air Conditioning Inc
180 Import Rd
Pittston, PA 18640


United Silicone
4471 Walden Ave
Lancaster, NY 14086


Univar USA Inc
13009 Collections Ctr Dr
Chicago, IL 60693


US Industrial Solutions LLC
2 Root Ave
Central Islip, NY 11722

US Bottlers
P.O. Box 7203
Charlotte, NC 28241

Utah Dept Of Agriculture And Food
4315 S 2700 W 2nd Floor Ste 2200
Taylorsville, UT 84129

Valley Grinding & Manufacturing Inc
P.O. Box 246
Little Chute, WI 54140

Valley Pest Control Management Inc
46 N River St
Plains, PA 18705-1313

Valworx Inc
18636 Northline Dr
Cornelious, NC 28031

Vanaire
10141 Bunsen Way
Louisville, KY 40299

Vi-cas Manufacturing Co Inc
8407 Monroe Avenue
Cincinnati, OH 45236

Videojet Technologies Inc
12113 Collection Center Dr
Chicago, IL 60693

VLS Recovery Services LLC
1076 Old Manheim Pike
Lancaster, PA 17601


Waste Management Of Pennsylvania Inc
1001 Fannin Ste 4000
Houston, TX 77002-6711


WB Mason Co
P.O. Box 981101
Boston, MA 02298


West Rock
14079 Collections Center Dr
Chicago, IL 60693


Westrock Deer Park Plant
140 W Industry Court
Deer Park, NY 11729
Wenzhou Chunlai
Binhai 2nd Rd, Yongxing Street
LONGWAN DISTRICT
WENZHOU, CHINA


Wexford Labs Inc
325 Leffingwell Ave
Kirkwood, MO 63122


Wilkins Geddes Beaudet Inc
10 Huron Drive
Natick, MA 01760


Wind Point Advisors LLC
676 N. Michigan Ave Ste 3700
Chicago, IL 60611

Winola Excavation and Equipment Sales
64 Benson Hollow Ln
Tunkhannock, PA 18657-1760


Worldwide Cargo Services
181 East Jamaica Ave
Valley Stream, NY 11580


WS Packaging Group Inc
P.O. Box 74007320
Chicago, IL 60674-7320


Wym Logistics LLC
P.O. Box 248920
Oklahoma City, OK 73124-8920


Yarde Metals Inc
45 Newell Street
Southington, CT 06489


Zajac LLC
92 Industrial Park Rd
Saco, ME 04072


Zhejiang Joyo Nonwovens Co
No 11 Tianmu Road
SHOAXING CITY
ZHEJIANG, CHINA


Zhejiang Kingsafe Nonwoven Fabric Co
68 Luhui Rd, Taihu City
CHANGXING COUNTY, HUZHOU CITY

ZHEJIANG, CHINA


Evonik Corporation
P.O. Box 32039
New York, NY 10087


Evonik Corporation (J&J)
P.O. Box 34628
Richmond, VA 23234


Fidenza Plastica Srl
Via Martiri Della Carzole 21
43036 FIDENZA,
PARMA, ITALY


Flock Freight Inc Dba Auptix Inc
701 S Coast Hwy 101
Encinitas, CA 92024


Giaquinto Masonry Inc
429 Carlls Path
Deer Park, NY 11729-3715


GS1 Canada c/o Th1029
POSTAL STATION A MSW5W6
TORONTO, ONTARIO, CANADA


Presperse Corporation
P.O. Box 417252
Boston, MA 02241-7252


Sandler AG
Lamitzmuhle 1
95126 SCHWARZENBACH AN DER SAALE
GERMANY

Sparks Belting Company
P.O. Box 772218
Detroit, MI 48277-2218


Spectrum Chemical Mfg Corp
P.O. Box 740894
Los Angeles, CA 90074-0894


Stearinerie Dubois
696 Rue Yves Kermen
92100 BOULOGNE-BILLANCOURT, FRANCE


Teknoweb Converting S.r.l.
Via dei Salici 7
26020 PALAZZO PIGANO CR, ITALY


Werner Logistics
39357 Treasury Center
Chicago, IL 60694-9300


Belmark Inc
600 Heritage Rd
De Pere, WI 54115


Casestack LLC
2000 Clearwater Dr
Oak Brook, IL 60523


Commonwealth Of Massachusetts
436 Dwight St
Suite 312
Springfield, MA 01103

Kentucky State Treasurer
1050 US Highway 127 S
Suite 100
Frankfort, KY 40601